| In Re. | SOO HOTELS, INC. | § | Case No. | 21-45708TIP-MLO |
|---|---|---|---|---|
| | | § | Lead Case No. | |
| | | § | ☒ Jointly Administered | |
| | Debtor(s) | § | | |

## Monthly Operating Report

| | | | | |
|---|---|---|---|---|
| Reporting Period Ended: | 7/31/2021 | | Petition Date: | 7/7/2021 |
| Months Pending: | 0 | | Industry Classification: | 7011 |
| Reporting Method: | Accrual Basis ☐ | Cash Basis ☒ | | |
| Debtor's Full-Time Employees (current): | | 10 | | |
| Debtor's Full-Time Employees (as of date of order for relief): | | 10 | | |

**Supporting Documentation** (check all that are attached):
(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

| | | |
|---|---|---|
| ☐ | x | Statement of cash receipts and disbursements |
| ☐ | x | Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit |
| ☐ | x | Statement of operations (profit or loss statement) |
| ☐ | x | Accounts receivable aging |
| ☐ | x | Postpetition liabilities aging |
| ☐ | x | Statement of capital assets |
| ☐ | x | Schedule of payments to professionals |
| ☐ | x | Schedule of payments to insiders |
| ☐ | x | All bank statements and bank reconciliations for the reporting period |
| ☐ | | Description of the assets sold or transferred and the terms of the sale or transfer |

| Signature of Responsible Party | | Printed Name of Responsible Party |
|---|---|---|
| 8/24/2021 | | |
| Date | | |
| | | |
| | | Address |

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

| Part 1: Cash Receipts and Disbursements | | Current Month | Cumulative |
|---|---|---|---|
| a. | Cash balance beginning of month | $187,473.16 | |
| b. | Total receipts (net of transfers between accounts) | $236,119.17 | $236,119.17 |
| c. | Total disbursements (net of transfers between accounts) | $123,594.00 | $123,594.00 |
| d. | Cash balance end of month (a+b-c) | $299,998.33 | |
| e. | Disbursements made by third party for the benefit of the estate | $0.00 | $0.00 |

|   |   |   |   |
|---|---|---|---|
| f. | Total disbursements for quarterly fee calculation (c+e) | $123,594.00 | $123,594.00 |

| Part 2: | | Current Month | |
|---|---|---|---|
| a. | Accounts receivable (total net of allowance) | $30,771.33 | |
| b. | Accounts receivable over 90 days outstanding (net of allowance) | $0.00 | |
| c. | Inventory ({?} Book {?} Market {?} Other (attach explanation)) | $0.00 | |
| d. | Total current assets | $171,771.33 | |
| e. | Total assets | $359,244.49 | |
| f. | Postpetition payables (excluding taxes) | $39,685.00 | |
| g. | Postpetition payables past due (excluding taxes) | $0.00 | |
| h. | Postpetition taxes payable | $0.00 | |
| i. | Postpetition taxes past due | $0.00 | |
| j. | Total postpetition debt (f+h) | $39,685.00 | |
| k. | Prepetition secured debt | $30,000.00 | |
| l. | Prepetition priority debt | $9,000.00 | |
| m. | Prepetition unsecured debt | $48,954.59 | |
| n. | Total liabilities (debt) (j+k+l+m) | $127,639.59 | |
| o. | Ending equity/net worth (e-n) | $231,604.90 | |

| Part 3: | | Current Month | Cumulative |
|---|---|---|---|
| a. | Total cash sales price for assets sold/transferred outside the ordinary course of business | $0.00 | $0.00 |
| b. | Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0.00 | $0.00 |
| c. | Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0.00 | $0.00 |

| Part 4: | | Current Month | |
|---|---|---|---|
| a. | Gross income/sales (net of returns and allowances) | $236,119.17 | |
| b. | Cost of goods sold (inclusive of depreciation, if applicable) | $0.00 | |
| c. | Gross profit (a-b) | $236,119.17 | |
| d. | Selling expenses | $118,716.56 | |
| e. | General and administrative expenses | $0.00 | |
| f. | Other expenses | $0.00 | |
| g. | Depreciation and/or amortization (not included in 4b) | $0.00 | |
| h. | Interest | $0.00 | |
| i. | Taxes (local, state, and federal) | $4,877.44 | |
| j. | Reorganization items | $0.00 | |
| k. | Profit (loss) | $112,525.17 | $112,525.17 |

| Part 5: Professional Fees and Expenses | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy) *Aggregate Total* | | $0.00 | $0.00 | $0.00 | $0.00 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy) *Aggregate Total* | | $0.00 | $0.00 | $0.00 | $0.00 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| c. | All professional fees and expenses (debtor & committees) | | $0.00 | $0.00 | $0.00 | $0.00 |

| Part 6: Postpetition Taxes | | | | |
|---|---|---|---|---|
| a. | Postpetition income taxes accrued (local, state, and federal) | | $4,877.44 | $4,877.44 |
| b. | Postpetition income taxes paid (local, state, and federal) | | $4,877.44 | $4,877.44 |
| c. | Postpetition employer payroll taxes accrued | | $35,029.52 | $35,029.52 |
| d. | Postpetition employer payroll taxes paid | | $30,029.52 | $30,029.52 |
| e. | Postpetition property taxes paid 0 | | $0.00 | $0.00 |
| f. | Postpetition other taxes accrued (local, state, and federal) | | $0.00 | $0.00 |
| g. | Postpetition other taxes paid (local, state, and federal) | | $0.00 | $0.00 |

| Part 7: Questionnaire - During this reporting period: | | | |
|---|---|---|---|
| a. | Were any payments made on prepetition debt? (if yes, see Instructions) | Yes ? No ? | |
| b. | Were any payments made outside the ordinary course of business without court approval? (if yes, see Instructions) | Yes ? No ? | |
| c. | Were any payments made to or on behalf of insiders? | Yes ? No ? | |
| d. | Are you current on postpetition tax return filings? | Yes ? No ? | |
| e. | Are you current on postpetition estimated tax payments? | Yes ? No ? | |
| f. | Were all trust fund taxes remitted on a current basis? | Yes ? No ? | |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | Yes ? No ? | |
| h. | Were all payments made to or on behalf of professionals approved bythe court? | Yes ? No ? N/A ? | |
| i. | Do you have:   Worker's compensation insurance? | Yes ? No ? | |
| | If yes, are your premiums current? | Yes ? No ? N/A ? (if no, see Instructions) | |
| | Casualty/property insurance? | Yes ? No ? | |
| | If yes, are your premiums current? | Yes ? No ? N/A ? (if no, see Instructions) | |
| | General liability insurance? | Yes ? No ? | |

|   |   |   |   |   |
|---|---|---|---|---|
|   | If yes, are your premiums current? | Yes ☐  No ☐  N/A ☐ (if no, see Instructions) | | |
| j. | Has a plan of reorganization been filed with the court? | Yes ☐  No ☐ | | |
| k. | Has a disclosure statement been filed with the court? | Yes ☐  No ☐ | | |
| l. | Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? | Yes ☐  No ☐ | | |

| Part 8: Individual Chapter 11 Debtors (Only) | | | Current Month | | |
|---|---|---|---|---|---|
| a. | Gross income (receipts) from salary and wages | | **$0.00** | | |
| b. | Gross income (receipts) from self-employment | | **$0.00** | | |
| c. | Gross income from all other sources | | **$0.00** | | |
| d. | Total income in the reporting period (a+b+c) | | **$0.00** | | |
| e. | Payroll deductions | | **$0.00** | | |
| f. | Self-employment related expenses | | **$0.00** | | |
| g. | Living expenses | | **$0.00** | | |
| h. | All other expenses | | **$0.00** | | |
| i. | Total expenses in the reporting period (e+f+g+h) | | **$0.00** | | |
| j. | Difference between total income and total expenses | | **$0.00** | | |
| k. | List the total amount of all postpetition debts that are past due | | **$0.00** | | |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A) | | Yes ☐  No ☐ | | |
| m. | If yes, have you made all Domestic Support Obligation payments? | | Yes ☐  No ☐  N/A ☐ | | |

## Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." See 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F). I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

| | | | |
|---|---|---|---|
| /s/Kimberly Ross Clayson | | | |
| Signature of Responsible Party | | Printed Name of Responsible Party | |
| | | **8/24/2021** | |
| Title Trustee in Possession | | Date | |

Check Transactions

| Date | Check # | Type | Amount | Description |
|---|---|---|---|---|
| 7/23/21 | 1787 | CHECK | -4117.48 | GUEST SUPPLY 7 INVOICES LINENS ETC |
| 7/23/21 | 1578 | CHECK | -537.45 | WASTE MTGE CURRENT BILLING |
| 7/23/21 | 1579 | CHECK | -400 | MATHENY LAWN MARCH SNOW PUSH |
| 7/22/21 | 1577 | CHECK | -92 | USA TODAY NEWSPAPERS FOR GUES |
| 7/21/21 | 1794 | CHECK | -561.08 | AMERICAN HOTEL REGISTER - SUPPLIES |
| 7/21/21 | 3034 | CHECK | -51.89 | PAYROLL CHECK |
| 7/20/21 | 1788 | CHECK | -1940.35 | CSI GROUP MICROWAVES |
| 7/20/21 | 1795 | CHECK | -1859.22 | GREENTECH INK/TONERS |
| 7/20/21 | 1790 | CHECK | -674.33 | GREAT LAKES SERVICES FIX ICE MACHIN |
| 7/20/21 | 1793 | CHECK | -550.8 | GOLDEN MALTED - WAFFLE MIX FOR C |
| 7/20/21 | | DEBIT MEMO | -22608 | MTGE/PAYMENT TO CSB (RENT) |
| 7/19/21 | | POS PURCHASE | -193.26 | MERCHANT PURCHASE TERMINAL 4121 |

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37
COLUMBUS OH 43216-1558



SOO HOTELS INC DEBTOR-IN-POSSESSION
4404 I 75 BUSINESS SPUR
SAULT S MARIE MI 49783-3600

Have a Question or Concern?

Stop by your nearest
Huntington office or
contact us at:

1-800-480-2001

www.huntington.com/
businessresources

## Huntington Unlimited Checking

**Account:**

| Statement Activity From: 07/23/21 to 07/31/21 | | | |
|---|---|---|---|
| | Beginning Balance | | $0.00 |
| | Credits (+) | | 21,862.21 |
| | Regular Deposits | | 11,877.60 |
| Days in Statement Period | 9 | Electronic Deposits | 9,984.61 |
| | Debits (-) | | 49.99 |
| Average Ledger Balance* | 7,437.44 | Electronic Withdrawals | 49.99 |
| Average Collected Balance* | 6,488.54 | Total Service Charges (-) | 0.00 |
| | Ending Balance | | $21,812.22 |

* The above balances correspond to the service charge cycle for this account.

### Deposits (+)

**Account:**

| Date | Amount | Serial # | Type | Date | Amount | Serial # | Type |
|---|---|---|---|---|---|---|---|
| 07/22 | 200.00 | | Brch/ATM | 07/28 | 177.47 | 167860452 | Brch/ATM |
| 07/28 | 4,300.80 | 167860441 | Brch/ATM | 07/28 | 167.39 | 167860442 | Brch/ATM |
| 07/28 | 4,234.04 | 167860439 | Brch/ATM | 07/28 | 155.35 | 167860444 | Brch/ATM |
| 07/28 | 784.40 | 167860440 | Brch/ATM | 07/28 | 145.97 | 167860438 | Brch/ATM |
| 07/28 | 538.00 | 167860451 | Brch/ATM | 07/28 | 118.66 | 167860450 | Brch/ATM |
| 07/28 | 300.00 | 167860445 | Brch/ATM | 07/28 | 80.00 | 167860447 | Brch/ATM |
| 07/28 | 210.50 | 167860443 | Brch/ATM | 07/28 | 78.40 | 167860453 | Brch/ATM |
| 07/28 | 204.36 | 167860449 | Brch/ATM | 07/28 | 2.00 | 167860446 | Brch/ATM |
| 07/28 | 180.26 | 167860448 | Brch/ATM | | | | |

### Other Credits (+)

**Account:**

| Date | Amount | Description |
|---|---|---|
| 07/29 | 5,894.83 | BANK OF AMERICA DEPOSIT 210728 737298405884 |
| 07/30 | 4,089.78 | BANK OF AMERICA DEPOSIT 210729 737298405884 |

### Other Debits (-)

**Account:**

| Date | Amount | Description |
|---|---|---|
| 07/28 | 49.99 | HARLAND CLARKE CHK ORDER 210724 1UIZ33601256200 |

Investments are offered through the Huntington Investment Company, Registered Investment Advisor, member FINRA/SIPC, a wholly-owned subsidiary of Huntington Bancshares Inc.

The Huntington National Bank is Member FDIC. ⬥ ®, Huntington ® and 24-Hour Grace ® are federally registered service marks of Huntington Bancshares Incorporated. The 24-Hour Grace ® system and method is patented: US Pat. No. 8,364,581, 8,781,955, 10,475,118, and others pending. ©2021 Huntington Bancshares Incorporated.



## Service Charge Summary

Account: ▇▇▇▇▇

| | |
|---|---|
| **Previous Month Service Charges (-)** | $0.00 |
| **Total Service Charges (-)** | $0.00 |

## Balance Activity

Account: ▇▇▇▇▇

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 07/22 | 200.00 | 07/29 | 17,722.44 | | |
| 07/28 | 11,827.61 | 07/30 | 21,812.22 | | |

**In the Event of Errors or Questions Concerning Electronic Fund Transfers** (electronic deposits, withdrawals, transfers, payments, or purchases), please call either 1-614-480-2001 or call toll free 1-800-480-2001, or write to The Huntington National Bank Research - EA4W61, P.O. Box 1558, Columbus, Ohio 43216 as soon as you can, if you think your statement or receipt is wrong or if you need more information about an electronic fund transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
  1. Tell us your name, your business's name (if appropriate) and the Huntington account number (if any).
  2. Describe the error or the transaction you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
  3. Tell us the dollar amount of the suspected error. We will investigate your complaint or question and will correct any error promptly.

**Verification of Electronic Deposits** If you authorized someone to make regular electronic fund transfers of money to your account at least once every sixty days, you can find out whether or not the deposit has been received by us, call either 1-614-480-2001 or call toll free 1-800-480-2001.

**Balancing Your Statement** - For your convenience, a balancing page is available on our web site https://www.huntington.com/pdf/balancing.pdf and also available on Huntington Business Online.



```
                                          STATEMENT OF ACCOUNT
                                     JUNE 30, 2021: LAST STATEMENT
                                     JULY 30, 2021: THIS STATEMENT
                                     TOTAL DAYS IN STATEMENT PERIOD: 30

                                            PAGE 1 OF 7
```

```
                                      DIRECT INQUIRIES TO:
                                      BOOKKEEPING
                                      906-253-1180

         SOO HOTELS INC                 CENTRAL SAVINGS BANK
         DBA COMFORT INN                511 BINGHAM AVENUE, P O BOX 339
         6960 ORCHARD LAKE RD SUITE 235 SAULT STE MARIE  MI 49783
         WEST BLOOMFIELD MI 48322


                                                                    0
```

===============================================================================
# S U M M A R Y   O F   A C C O U N T   B A L A N C E
===============================================================================

| ACCOUNT | NUMBER | ENDING BALANCE |
|---|---|---|
| CHECKING ACCOUNT | | $219,860.39 |

---
## CHECKING ACCOUNT
---

| ACCOUNT NUMBER | | |
|---|---|---|
| | BEGINNING BALANCE | $115,654.99 |
| | LOW BALANCE | $99,923.60 |
| | AVERAGE BALANCE | $153,958.29 |
| | TOTAL ADDITIONS | $241,975.12 |
| | TOTAL SUBTRACTIONS | $-137,769.72 |

| NUMBER | DATE | AMOUNT | NUMBER | DATE | AMOUNT |
|---|---|---|---|---|---|
| 1575 | 07-15 | 450.00 | 3032 * | 07-09 | 659.10 |
| 1576 | 07-16 | 2,251.28 | 3034 * | 07-21 | 51.89 |
| 1577 | 07-22 | 92.00 | 3035 | 07-07 | 527.86 |
| 1578 | 07-23 | 537.45 | 3036 | 07-08 | 627.73 |
| 1579 | 07-23 | 400.00 | 3038 * | 07-07 | 620.40 |
| 1661 * | 07-02 | 3,500.00 | 3040 * | 07-07 | 1,021.50 |
| 1662 | 07-15 | 5,980.00 | 3041 | 07-08 | 522.82 |
| 1787 * | 07-23 | 4,117.48 | 3045 * | 07-08 | 349.09 |
| 1788 | 07-20 | 1,940.35 | 3047 * | 07-07 | 559.11 |
| 1790 * | 07-20 | 674.33 | 3048 | 07-09 | 377.96 |
| 1793 * | 07-20 | 550.80 | 3049 | 07-07 | 711.68 |
| 1794 | 07-21 | 561.08 | 3050 | 07-07 | 597.04 |
| 1795 | 07-20 | 1,859.22 | 3053 * | 07-07 | 574.39 |
| 3028 * | 07-08 | 670.57 | 3054 | 07-07 | 641.20 |
| 3029 | 07-07 | 630.04 | 3056 * | 07-09 | 521.31 |
| 3030 | 07-07 | 547.49 | * SKIP IN CHECK SEQUENCE | | |

| DATE | DESCRIPTION | ADDITIONS | SUBTRACTIONS |
|---|---|---|---|
| 07-01 | #DEPOSIT | 2.00 | |
| 07-01 | #DEPOSIT | 20.00 | |
| 07-01 | #DEPOSIT | 149.23 | |
| 07-01 | #DEPOSIT | 273.40 | |
| 07-01 | #DEPOSIT | 303.59 | |






SOO HOTELS INC  
JULY 30, 2021  
P

| DATE | DESCRIPTION | ADDITIONS | SUBTRACTIONS |
|------|-------------|-----------|--------------|
| 07-01 | #PREAUTHORIZED CREDIT<br>BANK OF AMERICA DEPOSIT<br>210630 737298405884 | 1,709.66 | |
| 07-01 | #DEPOSIT | 4,390.40 | |
| 07-01 | #PREAUTHORIZED DEBIT<br>PNP BILLPAYMENT 062921EK<br>210701 | | -4,957.00 |
| 07-02 | #PREAUTHORIZED CREDIT<br>AMERICAN EXPRESS SETTLEMENT<br>210702 1210332722 | 1,094.91 | |
| 07-02 | #PREAUTHORIZED CREDIT<br>BANK OF AMERICA DEPOSIT<br>210701 737298405884 | 5,015.78 | |
| 07-02 | #PREAUTHORIZED DEBIT<br>BANKCARD MTOT DISC<br>210701 422899760003520 | | -76.15 |
| 07-06 | #PREAUTHORIZED CREDIT<br>AMERICAN EXPRESS SETTLEMENT<br>210706 1210332722 | 117.27 | |
| 07-06 | #PREAUTHORIZED CREDIT<br>AMERICAN EXPRESS SETTLEMENT<br>210706 1210332722 | 125.64 | |
| 07-06 | #PREAUTHORIZED CREDIT<br>AMERICAN EXPRESS SETTLEMENT<br>210706 1210332722 | 664.66 | |
| 07-06 | #PREAUTHORIZED CREDIT<br>BANK OF AMERICA DEPOSIT<br>210706 737298405884 | 2,452.24 | |
| 07-06 | #PREAUTHORIZED CREDIT<br>BANK OF AMERICA DEPOSIT<br>210706 737298405884 | 4,225.62 | |
| 07-06 | #PREAUTHORIZED CREDIT<br>BANK OF AMERICA DEPOSIT<br>210706 737298405884 | 7,123.77 | |
| 07-06 | #PREAUTHORIZED DEBIT<br>BANK OF AMERICA DISCOUNT<br>210702 737298405884 | | -43.24 |
| 07-06 | #PREAUTHORIZED DEBIT<br>BANK OF AMERICA FEE<br>210702 737298405884 | | -100.68 |
| 07-06 | #POS PURCHASE<br>MERCHANT PURCHASE TERMINAL 412157<br>CORPORATE LODGING CONS 866 35812 KS | | -210.38 |
| 07-06 | DEBIT MEMO | | -566.46 |
| 07-06 | #PREAUTHORIZED DEBIT<br>RFS Shawano AR PAYMENT<br>210706 0502- 50216922 | | -1,128.07 |
| 07-06 | #PREAUTHORIZED DEBIT<br>BANK OF AMERICA INTERCHNG<br>210702 737298405884 | | -3,592.85 |
| 07-07 | #PREAUTHORIZED CREDIT<br>BANK OF AMERICA DEPOSIT<br>210706 737298405884 | 7,566.84 | |
| 07-07 | #PREAUTHORIZED DEBIT<br>Onyx-Pegasus REMITTANCE<br>For questions on Remit notice 295155<br>6, contact directdebit@onyxpayments. | | -48.20 |






SOO HOTELS INC
JULY 30, 2021
P

```
DATE   DESCRIPTION                              ADDITIONS      SUBTRACTIONS
.....  ....................                     ..........     ............
07-07  #PREAUTHORIZED DEBIT                                         -451.50
         PAYCHEX CGS GARNISH
         210707 COL0098779563
07-07  #PREAUTHORIZED DEBIT                                         -777.03
         SYSCO GRAND RAP VENDOR PAY
         210707 Cust #656942
07-07  #PREAUTHORIZED DEBIT                                       -4,877.84
         PAYCHEX TPS TAXES
         210707 93192400003772X
07-07  #PREAUTHORIZED DEBIT                                       -8,040.67
         PAYCHEX INC. PAYROLL
         210707 93190400008882X
07-07  #PREAUTHORIZED DEBIT                                      -16,165.62
         CHOICE HOTELS IN MI061-04
         210707
07-08  #PREAUTHORIZED CREDIT                       521.31
         PAYCHEX INC. PAYROLL
         210708 ZHTmqHOj5veRKxx
07-08  #PREAUTHORIZED CREDIT                       547.15
         AMERICAN EXPRESS SETTLEMENT
         210708 1210332722
07-08  #PREAUTHORIZED CREDIT                     9,673.45
         BANK OF AMERICA DEPOSIT
         210707 737298405884
07-08  #PREAUTHORIZED DEBIT                                         -319.05
         PAYCHEX EIB INVOICE
         210708 X93205000036748
07-09  #PREAUTHORIZED CREDIT                     1,279.94
         AMERICAN EXPRESS SETTLEMENT
         210709 1210332722
07-09  #PREAUTHORIZED CREDIT                     5,883.58
         BANK OF AMERICA DEPOSIT
         210708 737298405884
07-09  #PREAUTHORIZED DEBIT                                         -207.55
         PAYCHEX EIB INVOICE
         210709 X93224100038776
07-12  #PREAUTHORIZED CREDIT                       222.75
         AMERICAN EXPRESS SETTLEMENT
         210712 1210332722
07-12  #PREAUTHORIZED CREDIT                       313.63
         AMERICAN EXPRESS SETTLEMENT
         210712 1210332722
07-12  #PREAUTHORIZED CREDIT                     1,381.95
         AMERICAN EXPRESS SETTLEMENT
         210712 1210332722
07-12  #PREAUTHORIZED CREDIT                     3,865.71
         BANK OF AMERICA DEPOSIT
         210709 737298405884
07-12  #PREAUTHORIZED CREDIT                     7,543.11
         BANK OF AMERICA DEPOSIT
         210712 737298405884
07-12  #PREAUTHORIZED CREDIT                    14,194.07
         BANK OF AMERICA DEPOSIT
         210712 737298405884
07-12  #POS PURCHASE                                                -334.26
         MERCHANT PURCHASE TERMINAL 412157
         CORPORATE LODGING CONS 866 35812 KS
```






```
                                                              SOO HOTELS INC
                                                              JULY 30, 2021
                                                              P
```

| DATE  | DESCRIPTION | ADDITIONS | SUBTRACTIONS |
|-------|-------------|-----------|--------------|
| 07-12 | #PREAUTHORIZED DEBIT<br>RFS Shawano AR PAYMENT<br>210712 0502- 50216922 | | -1,136.98 |
| 07-13 | #PREAUTHORIZED CREDIT<br>AMERICAN EXPRESS SETTLEMENT<br>210713 1210332722 | 3,948.93 | |
| 07-13 | #PREAUTHORIZED CREDIT<br>BANK OF AMERICA DEPOSIT<br>210712 737298405884 | 5,827.07 | |
| 07-13 | #PREAUTHORIZED DEBIT<br>SYSCO GRAND RAP VENDOR PAY<br>210713 Cust #656942 | | -1,059.09 |
| 07-14 | #PREAUTHORIZED CREDIT<br>AMERICAN EXPRESS SETTLEMENT<br>210714 1210332722 | 903.89 | |
| 07-14 | #PREAUTHORIZED CREDIT<br>BANK OF AMERICA DEPOSIT<br>210713 737298405884 | 13,194.13 | |
| 07-14 | #PREAUTHORIZED DEBIT<br>Onyx-Pegasus REMITTANCE<br>For questions on Remit notice 296120<br>2, contact directdebit@onyxpayments. | | -17.54 |
| 07-14 | #PREAUTHORIZED DEBIT<br>SPECTRUM SPECTRUM<br>210714 | | -452.01 |
| 07-14 | #POS PURCHASE<br>MERCHANT PURCHASE TERMINAL 490641<br>PST JAMS ADR 949 22418 CA | | -1,406.07 |
| 07-14 | #PREAUTHORIZED DEBIT<br>SPECTRUM SPECTRUM<br>210714 | | -3,637.91 |
| 07-15 | #PREAUTHORIZED CREDIT<br>BANK OF AMERICA DEPOSIT<br>210714 737298405884 | 4,104.09 | |
| 07-16 | #PREAUTHORIZED CREDIT<br>BANK OF AMERICA DEPOSIT<br>210715 737298405884 | 6,868.48 | |
| 07-16 | #PREAUTHORIZED DEBIT<br>BANK OF AMERICA CHARGEBACK<br>210715 737298405884 | | -68.25 |
| 07-19 | #PREAUTHORIZED CREDIT<br>AMERICAN EXPRESS SETTLEMENT<br>210719 1210332722 | 87.89 | |
| 07-19 | #PREAUTHORIZED CREDIT<br>AMERICAN EXPRESS SETTLEMENT<br>210719 1210332722 | 297.14 | |
| 07-19 | #PREAUTHORIZED CREDIT<br>AMERICAN EXPRESS SETTLEMENT<br>210719 1210332722 | 1,649.55 | |
| 07-19 | #PREAUTHORIZED CREDIT<br>BANK OF AMERICA DEPOSIT<br>210719 737298405884 | 10,865.59 | |
| 07-19 | #PREAUTHORIZED CREDIT<br>BANK OF AMERICA DEPOSIT<br>210716 737298405884 | 15,495.52 | |
| 07-19 | #POS PURCHASE<br>MERCHANT PURCHASE TERMINAL 412157<br>CLC MASTERCARD EASY SA 866 85797 KS | | -193.26 |






SOO HOTELS INC  
JULY 30, 2021  
P

```
DATE    DESCRIPTION                                ADDITIONS       SUBTRACTIONS
.....   ...................                        ..........      ..........
07-19  #PREAUTHORIZED DEBIT                                              -360.17
         EXPEDIA, INC. 10075591_1
         RMR*IK*2140160215\
07-19  #PREAUTHORIZED DEBIT                                            -1,187.86
         RFS Shawano AR PAYMENT
         210719 0502- 50216922
07-20  #PREAUTHORIZED CREDIT                       1,670.49
         AMERICAN EXPRESS SETTLEMENT
         210720 1210332722
07-20  #PREAUTHORIZED CREDIT                       8,846.93
         BANK OF AMERICA DEPOSIT
         210719 737298405884
07-20  #PREAUTHORIZED DEBIT                                            -2,066.46
         BOOKING.COM B.V. 1022518928
         RMR*IK*1564353389\
07-20   DEBIT MEMO                                                    -22,608.00
07-21  #PREAUTHORIZED CREDIT                      19,014.09
         BANK OF AMERICA DEPOSIT
         210720 737298405884
07-21  #PREAUTHORIZED DEBIT                                               -26.87
         BANK OF AMERICA CHARGEBACK
         210720 737298405884
07-21  #PREAUTHORIZED DEBIT                                              -423.03
         Onyx-Pegasus REMITTANCE
         For questions on Remit notice 297070
         3, contact directdebit@onyxpayments.
07-21  #PREAUTHORIZED DEBIT                                            -1,125.21
         SYSCO GRAND RAP VENDOR PAY
         210721 Cust #656942
07-22  #PREAUTHORIZED CREDIT                         720.30
         AMERICAN EXPRESS SETTLEMENT
         210722 1210332722
07-22  #PREAUTHORIZED CREDIT                       6,636.30
         BANK OF AMERICA DEPOSIT
         210721 737298405884
07-22  #POS PURCHASE                                                     -621.65
         MERCHANT PURCHASE TERMINAL 469216
         IN SABLE HOTEL SU PPLY 864 57369 SC
07-22   DEBIT MEMO                                                    -19,992.13
07-23  #PREAUTHORIZED CREDIT                       1,306.97
         AMERICAN EXPRESS SETTLEMENT
         210723 1210332722
07-23  #PREAUTHORIZED CREDIT                       8,604.16
         BANK OF AMERICA DEPOSIT
         210722 737298405884
07-23  #PREAUTHORIZED DEBIT                                              -177.78
         WESTGUARD INS CO INS PREM
         210723 SOUM180627
07-23  #PREAUTHORIZED DEBIT                                              -330.49
         WESTGUARD INS CO INS PREM
         210723 SOWC187001
07-23  #POS PURCHASE                                                     -732.00
         MERCHANT PURCHASE TERMINAL 476725
         LAKE TRUST LOAN PAYMENTS888 26772 MI
07-23  #PREAUTHORIZED DEBIT                                            -2,797.33
         WESTGUARD INS CO INS PREM
         210723 SOBP187188
```






SOO HOTELS INC  
JULY 30, 2021  
P

| DATE | DESCRIPTION | ADDITIONS | SUBTRACTIONS |
|------|-------------|-----------|--------------|
| 07-26 | #PREAUTHORIZED CREDIT<br>AMERICAN EXPRESS SETTLEMENT<br>210726 1210332722 | 172.06 | |
| 07-26 | #PREAUTHORIZED CREDIT<br>AMERICAN EXPRESS SETTLEMENT<br>210726 1210332722 | 729.98 | |
| 07-26 | #PREAUTHORIZED CREDIT<br>AMERICAN EXPRESS SETTLEMENT<br>210726 1210332722 | 1,142.63 | |
| 07-26 | #PREAUTHORIZED CREDIT<br>BANK OF AMERICA DEPOSIT<br>210723 737298405884 | 4,908.31 | |
| 07-26 | #PREAUTHORIZED CREDIT<br>BANK OF AMERICA DEPOSIT<br>210726 737298405884 | 14,330.57 | |
| 07-26 | #POS PURCHASE<br>MERCHANT PURCHASE TERMINAL 412157<br>CLC MASTERCARD EASY SA 866 85797 KS | | -119.78 |
| 07-27 | #PREAUTHORIZED CREDIT<br>AMERICAN EXPRESS SETTLEMENT<br>210727 1210332722 | 2,109.37 | |
| 07-27 | #PREAUTHORIZED CREDIT<br>BANK OF AMERICA DEPOSIT<br>210726 737298405884 | 8,418.81 | |
| 07-27 | #PREAUTHORIZED DEBIT<br>RFS Shawano AR PAYMENT<br>210727 0502- 50216922 | | -1,821.22 |
| 07-28 | #PREAUTHORIZED CREDIT<br>AMERICAN EXPRESS SETTLEMENT<br>210728 1210332722 | 434.44 | |
| 07-28 | #PREAUTHORIZED CREDIT<br>BANK OF AMERICA DEPOSIT<br>210727 737298405884 | 15,942.23 | |
| 07-28 | #PREAUTHORIZED DEBIT<br>Onyx-Pegasus REMITTANCE<br>For questions on Remit notice 298263<br>8, contact directdebit@onyxpayments. | | -133.91 |
| 07-28 | #PREAUTHORIZED DEBIT<br>SHIFT4-DEBITS 072821IM<br>0001306280 | | -253.00 |
| 07-29 | #PREAUTHORIZED CREDIT<br>AMERICAN EXPRESS SETTLEMENT<br>210729 1210332722 | 976.70 | |
| 07-30 | #PREAUTHORIZED CREDIT<br>AMERICAN EXPRESS SETTLEMENT<br>210730 1210332722 | 2,106.84 | |

DAILY BALANCES

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|------|--------|------|--------|------|--------|
| 06-30 | 115,654.99 | 07-13 | 148,340.74 | 07-23 | 170,916.36 |
| 07-01 | 117,546.27 | 07-14 | 156,925.23 | 07-26 | 192,080.13 |
| 07-02 | 120,080.81 | 07-15 | 154,599.32 | 07-27 | 200,787.09 |
| 07-06 | 129,148.33 | 07-16 | 159,148.27 | 07-28 | 216,776.85 |
| 07-07 | 99,923.60 | 07-19 | 185,802.67 | 07-29 | 217,753.55 |
| 07-08 | 108,176.25 | 07-20 | 166,620.93 | 07-30 | 219,860.39 |
| 07-09 | 113,573.85 | 07-21 | 183,446.94 | | |
| 07-12 | 139,623.83 | 07-22 | 170,097.76 | | |







SOO HOTELS INC
JULY 30, 2021

| | TOTAL FOR THIS PERIOD | TOTAL YEAR-TO-DATE |
|---|---:|---:|
| TOTAL OVERDRAFT FEES | $0.00 | $0.00 |
| TOTAL RETURNED ITEM FEES | $0.00 | $0.00 |


