UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:                                                        Chapter 11
Soo Hotels, Inc.                            Case No. 21-45708-mlo

                                                                 Hon. Maria L. Oxholm

                     Debtor.
_____/

## **CERTIFICATE OF SERVICE**

I, Kimberly Ross Clayson hereby certify that on the 18th day of March 2022, I served a copy of the of the following document:

*Notice of Trustee's Motion to Approve Sale of Property of the Estate and Assumption and Assignment of Executory Contracts and Unexpired Leases Outside of the Ordinary Course of Business Under 11 U.S.C. §363 Free and Clear of Liens and Interests with Liens and Interests to Transfer to Sale Proceeds and for Related Relief.*

    via first class mail upon the parties on the parties listed in the court's mailing matrix in the above captioned matter.

                                                   Respectfully submitted,
                                                   SUBCHAPTER V. TRUSTEE

                                                   By: /s/ Kimberly Ross Clayson
                                                   Kimberly Ross Clayson (P69804)
                                                   JAFFE, RAITT, HEUER & WEISS, P.C.
                                                   27777 Franklin Road – Suite 2500
                                                   Southfield, MI 48034
                                                   P: 248.351.3000
                                                   kclayson@jaffelaw.com

Dated: March 18, 2022