UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:                                             Chapter 11
Soo Hotels, Inc.                          Case No. 21-45708-mlo

                                                      Hon. Maria L. Oxholm

                 Debtor.
_____/

### COVER SHEET FOR AMENDED MOTION TO APPROVE SALE PROCEDURES

The debtor has filed a motion for approval of procedures for the sale of assets, which is attached to this cover sheet. Pursuant to E.D. Mich. L.B.R. 6004-1, the debtor has identified below, by page and paragraph number, the location in the proposed order accompanying the motion of each of the following provisions:

| PROVISION | Contained in proposed order | Location in proposed order |
|---|---|---|
| **(1) Provisions concerning the qualifications of the bidding parties.** | __x__ Yes <br><br> ____ No | Page 1-2, ¶ 1, 2 |

| | | |
|---|---|---|
| **(2) Provisions concerning the criteria for a qualifying bid and any deadlines for (i) submitting such a bid, and (ii) notification of whether the bid made constitutes a qualifying bid.** | __x__ Yes<br><br>____ No | **Page 1, ¶ 1** |
| **(3) Provisions that require qualified bids to identify points of variation from the stalking horse bid (including price and other terms).** | ____ Yes<br><br>__x__ No | **Page ___, ¶ ___** |
| **(4) Provisions pertaining to the conditions to the qualified bidders' obligation to consummate the purchase (including the time period within which the purchaser must close the transaction).** | __x__ Yes<br><br>____ No | **Page 3, ¶ 5** |
| **(5) Provisions pertaining to the amount required for a good faith deposit.** | __X__ Yes<br><br>____ No | **Page 1, ¶ 1** |

| | | |
|---|---|---|
| **(6) Provisions that relate to a "Back-Up Buyer" should the first winning bidder fail to close the transaction within a specified period of time.** | __X__ Yes <br><br> ____ No | **Page 3, ¶ 6** |
| **(7) No-shop or No-Solicitation provisions including the justification for such provision.** | ____ Yes <br><br> __X__ No | **Page ___, ¶ ___** |
| **(8) Provisions relating to Break-Up fees, Topping fees, and/or Expense Reimbursement (including the waiver of such fees due to rebidding).** | ____ Yes <br><br> __x__ No | **Page ___, ¶ ___** |
| **(9) Provisions specifying the bidding increments.** | __X__ Yes <br><br> ____ No | **Page 2, ¶ 3** |

| | | |
|---|---|---|
| **(10) Provisions relating to auction procedures including manner in which auction is to be conducted and when the auction will be open and when it will close.** | __X__ Yes <br><br> ____ No | **Page 4, ¶ 8** |
| **(11) Provisions relating to whether the auction will occur and the termination of the auction process and/or sale.** | __X__ Yes <br><br> ____ No | **Page 3-4, ¶ 7, 8** |
| **(12) Provision whether 14 day stay of F.R.Bankr.P. 6004(h) and 6006(d) is waived.** | ____ Yes <br><br> __X__ No | **Page ___, ¶ ___** |
| **(13) Provisions regarding timing for notice, submission of bids, objections to sale and other key events.** | __X__ Yes <br><br> ____ No | **Page 1, ¶ 1_** |

Respectfully submitted,

SUBCHAPTER V. TRUSTEE

By: /s/ Kimberly Ross Clayson
Kimberly Ross Clayson (P69804)
JAFFE, RAITT, HEUER & WEISS, P.C.
27777 Franklin Road – Suite 2500
Southfield, MI 48034
P: 248.351.3000
kclayson@jaffelaw.com

Dated:  March 18, 2022