In Re: Soo Hotels, Inc.                              Case 21-45708-mlo
                                                                              Chapter 11
                     Debtor.                              Hon. Maria L. Oxholm

_____/

## TRUSTEE IN POSSESSION / SUBCHAPTER V TRUSTEE FINAL REPORT

1. This case was filed on July 7, 2021.
2. The Trustee was appointed on July 9, 2021.
3. The Trustee was appointed as Trustee in Possession on August 5, 2021.
4. The case was dismissed on May 31, 2022.
5. Number of months case was pending: 11.
6. The Trustee has filed all estate bank statements, deposit slips, and canceled checks, or acceptable copies or images thereof, have been filed with each Monthly Operating Report the final remaining bank statements and check images are attached to this Report.
7. Summary of operating receipts and disbursements:
   a. Total receipts: $1,506,861.98
   b. Total disbursements: $1,506,861.98
8. Summary of administrative expense disbursements:
   a. Debtor's Counsel:
      Fees: $0.00
      Expenses: $0.00
   b. Subchapter V Trustee:
      Fees: $54,715
      Expenses: $442.97
   c. Accountant John A. Sanchez & Associates
      Fees: $17,230.00
      Expenses: $0.00
   d. Financial Advisor 360 Capital Partners
      Fees: $17,035.65

       Expenses: $0.00
9.    Post-dismissal administrative expense disbursements:
       Fees: $2,500
       Expenses: $0.00
10.   Amount refunded to the debtor: $30,734.01

                                              Respectfully submitted,

                                              SUBCHAPTER V. TRUSTEE

Dated: December 5, 2022                       By: /s/ Kimberly Ross Clayson
                                              Kimberly Ross Clayson (P69804)
                                              JAFFE, RAITT, HEUER & WEISS, P.C.
                                              27777 Franklin Road – Suite 2500
                                              Southfield, MI 48034
                                              P: 248.351.3000
                                              kclayson@jaffelaw.com

| Date | # | Type | C/P | Paid To | Description | Account | Receipt | Disbursement | Balance | Cleared On |
|---|---|---|---|---|---|---|---|---|---|---|
| 10/12/2022 | 3227 | Check | Y/Y | Soo Hotels | Post-Dismi | EXPENSE/DISBURSEMENT - | | $30,734.01 | $0.00 | 11/2/2022 |
| 10/12/2022 | 3226 | Check | Y/Y | Jaffe Raitt | Payment o | EXPENSE/DISBURSEMENT - | | $2,500.00 | $30,734.01 | 10/18/2022 |
| 9/26/2022 | 3225 | Void Check | Y/N | VOID: booking.com | | EXPENSE/DISBURSEMENT - | | ($4,917.05) | $33,234.01 | 9/26/2022 |
| 9/26/2022 | 3225 | Check | Y/N | booking.com | | EXPENSE/DISBURSEMENT - | | $4,917.05 | $28,316.96 | 9/26/2022 |
| 9/26/2022 | | Bank Debit | Y/N | Corrective | Entered in | EXPENSE/DISBURSEMENT - | | $4,059.60 | $33,234.01 | 9/26/2022 |
| 9/26/2022 | | Bank Credit | Y/N | Corrective | Fixing 09/2 | DEPOSIT/C | $4,059.60 | | $37,293.61 | 9/26/2022 |
| 9/23/2022 | 3224 | Check | Y/Y | Jaffe Raitt | Expenses a | EXPENSE/DISBURSEMENT - | | $108.22 | $33,234.01 | 9/28/2022 |
| 9/23/2022 | 3223 | Check | Y/Y | Jaffe Raitt | Fees allow | EXPENSE/DISBURSEMENT - | | $32,888.44 | $33,342.23 | 9/28/2022 |
| 9/23/2022 | 3222 | Check | Y/Y | Red House | Expenses a | EXPENSE/DISBURSEMENT - | | $18.98 | $66,230.67 | 9/26/2022 |
| 9/23/2022 | 3221 | Check | Y/Y | Red House | Fees allow | EXPENSE/DISBURSEMENT - | | $6,865.26 | $66,249.65 | 9/26/2022 |
| 9/23/2022 | 3220 | Check | Y/Y | Maxwell D | Expenses a | EXPENSE/DISBURSEMENT - | | $315.77 | $73,114.91 | 9/27/2022 |
| 9/23/2022 | 3219 | Check | Y/Y | Maxwell D | Fees allow | EXPENSE/DISBURSEMENT - | | $14,961.30 | $73,430.68 | 9/27/2022 |
| 9/23/2022 | 3218 | Check | Y/Y | 360 Capita | Fees Allow | EXPENSE/DISBURSEMENT - | | $17,035.65 | $88,391.98 | 9/27/2022 |
| 9/20/2022 | | Bank Debit | Y/N | Bookings.c | ACH | EXPENSE/DISBURSEMENT - | | $4,917.05 | $105,427.63 | 9/20/2022 |
| 9/16/2022 | 3214 | Check | Y/Y | John A. Sanchez & Co | | EXPENSE/DISBURSEMENT - | | $17,230.00 | $110,344.68 | 9/19/2022 |
| 8/22/2022 | | Bank Debit | Y/N | Booking.com | | EXPENSE/DISBURSEMENT - | | $4,059.60 | $127,574.68 | 8/22/2022 |
| 8/22/2022 | | Bank Debit | Y/N | Booking.com | | EXPENSE/DISBURSEMENT - | | $4,059.60 | $131,634.28 | 8/22/2022 |
| 8/22/2022 | | Bank Credit | Y/N | Correcting | Entry to fix | DEPOSIT/C | $4,059.60 | | $135,693.88 | 8/22/2022 |
| 8/9/2022 | 3213 | Check | Y/Y | International Sureties | | EXPENSE/DISBURSEMENT - | | $300.00 | $131,634.28 | 8/26/2022 |
| 7/20/2022 | | Bank Debit | Y/N | Booking.com | | EXPENSE/DISBURSEMENT - | | $1,632.28 | $131,934.28 | 7/20/2022 |
| 6/21/2022 | | Bank Debit | Y/N | Booking.com | | EXPENSE/DISBURSEMENT - | | $1,768.19 | $133,566.56 | 6/21/2022 |
| 6/17/2022 | | Bank Debit | Y/N | Booking.com | | EXPENSE/DISBURSEMENT - | | $593.59 | $135,334.75 | 6/17/2022 |
| 6/16/2022 | | Bank Debit | Y/N | Reinhardt Food Servic | | EXPENSE/DISBURSEMENT - | | $4,885.44 | $135,928.34 | 6/16/2022 |
| 6/8/2022 | | Bank Debit | Y/N | State of Michigan SUV | | EXPENSE/DISBURSEMENT - | | $6,540.41 | $140,813.78 | 6/8/2022 |
| 6/7/2022 | 3133 | Stop Paym | Y/N | STOP PAYMENT: GFL | | EXPENSE/DISBURSEMENT - | | ($2,028.70) | $147,354.19 | 6/7/2022 |
| 6/7/2022 | 3073 | Stop Paym | Y/N | STOP PAYMENT: FNB, | | EXPENSE/DISBURSEMENT - | | ($1,507.71) | $145,325.49 | 6/7/2022 |
| 6/7/2022 | 3017 | Stop Paym | Y/N | STOP PAYM | Paint supp | EXPENSE/DISBURSEMENT - | | ($168.67) | $143,817.78 | 6/7/2022 |
| 6/7/2022 | 3003 | Stop Paym | Y/N | STOP PAYM | 3-06953- | EXPENSE/DISBURSEMENT - | | ($884.11) | $143,649.11 | 6/7/2022 |
| 6/7/2022 | | Bank Debit | Y/N | Corrective | Check No. | EXPENSE/DISBURSEMENT - | | $168.67 | $142,765.00 | 6/7/2022 |
| 6/7/2022 | | Bank Debit | Y/N | Corrective | Check No. | EXPENSE/DISBURSEMENT - | | $1,507.71 | $142,933.67 | 6/7/2022 |
| 6/7/2022 | | Bank Credit | Y/N | Correcting | Sherwin W | DEPOSIT/C | $168.67 | | $144,441.38 | 6/7/2022 |
| 5/20/2022 | | Bank Debit | Y/N | Booking.com | | EXPENSE/DISBURSEMENT - | | $413.70 | $144,272.71 | 5/20/2022 |
| 5/20/2022 | | Bank Debit | Y/N | Reinhardt Food Servic | | EXPENSE/DISBURSEMENT - | | $3,363.22 | $144,686.41 | 5/23/2022 |

| Date | Check # | Type | Y/N | Payee | Category | Amount | Balance | Date 2 |
|---|---|---|---|---|---|---|---|---|
| 5/20/2022 | | Wire In | Y/N | Soo Hotels Debtor in | DEPOSIT/C $20,000.00 | | $148,049.63 | 5/18/2022 |
| 5/14/2022 | | Deposit | Y/N | Michigan L Croft | DEPOSIT/C $8,736.58 | | $128,049.63 | 5/16/2022 |
| 5/12/2022 | | Bank Debit | Y/N | State of Michigan SUV | EXPENSE/DISBURSEMENT - | $3,824.64 | $119,313.05 | 5/12/2022 |
| 5/9/2022 | | Wire In | Y/N | Soo Hotels Debtor in | DEPOSIT/C $30,000.00 | | $123,137.69 | 5/9/2022 |
| 5/5/2022 | 3212 | Check | Y/Y | Choice Hotels | EXPENSE/DISBURSEMENT - | $32,947.84 | $93,137.69 | 5/9/2022 |
| 5/5/2022 | 3211 | Check | Y/Y | Charter Communicati | EXPENSE/DISBURSEMENT - | $1,952.66 | $126,085.53 | 5/17/2022 |
| 5/5/2022 | 3210 | Check | Y/Y | Golden Malted | EXPENSE/DISBURSEMENT - | $134.82 | $128,038.19 | 5/11/2022 |
| 5/2/2022 | | Transfer D | Y/N | Reinhardt Food Servic | EXPENSE/DISBURSEMENT - | $4,540.43 | $128,173.01 | 5/3/2022 |
| 4/28/2022 | 3209 | Check | Y/Y | Central Savings Bank | EXPENSE/DISBURSEMENT - | $22,608.00 | $132,713.44 | 5/11/2022 |
| 4/27/2022 | 3208 | Check | Y/Y | Kelly Printing Service | EXPENSE/DISBURSEMENT - | $708.95 | $155,321.44 | 5/9/2022 |
| 4/27/2022 | 3207 | Check | Y/Y | OHA Pest Solutions | EXPENSE/DISBURSEMENT - | $150.00 | $156,030.39 | 5/16/2022 |
| 4/27/2022 | 3206 | Check | Y/Y | Cloverland Electric Co | EXPENSE/DISBURSEMENT - | $6,010.98 | $156,180.39 | 5/12/2022 |
| 4/26/2022 | | Bank Debit | Y/N | Westguard Insurance | EXPENSE/DISBURSEMENT - | $362.56 | $162,191.37 | 4/26/2022 |
| 4/23/2022 | 3205 | Check | Y/Y | CSI Group Internation | EXPENSE/DISBURSEMENT - | $2,248.64 | $162,553.93 | 4/28/2022 |
| 4/23/2022 | 3204 | Check | Y/Y | Charter Communicati | EXPENSE/DISBURSEMENT - | $89.53 | $164,802.57 | 5/4/2022 |
| 4/23/2022 | 3203 | Check | Y/Y | The Engraving Compa | EXPENSE/DISBURSEMENT - | $213.75 | $164,892.10 | 5/4/2022 |
| 4/23/2022 | 3202 | Check | Y/Y | Carrco Imaging Produ | EXPENSE/DISBURSEMENT - | $410.97 | $165,105.85 | 4/29/2022 |
| 4/23/2022 | 3201 | Check | Y/Y | City of Sault Ste Marie | EXPENSE/DISBURSEMENT - | $1,976.47 | $165,516.82 | 5/2/2022 |
| 4/23/2022 | 3200 | Check | Y/Y | USA Today | EXPENSE/DISBURSEMENT - | $92.00 | $167,493.29 | 5/2/2022 |
| 4/23/2022 | 3199 | Check | Y/Y | Commtrak Co | EXPENSE/DISBURSEMENT - | $184.54 | $167,585.29 | 5/3/2022 |
| 4/23/2022 | 3198 | Check | Y/Y | Matheny Lawn Servic | EXPENSE/DISBURSEMENT - | $1,400.00 | $167,769.83 | 4/28/2022 |
| 4/23/2022 | 3197 | Check | Y/Y | Sault Area Tourist Bur | EXPENSE/DISBURSEMENT - | $3,782.66 | $169,169.83 | 4/28/2022 |
| 4/23/2022 | 3196 | Check | Y/Y | FNB/ UPTRA | EXPENSE/DISBURSEMENT - | $756.53 | $172,952.49 | 5/4/2022 |
| 4/23/2022 | | Transfer D | Y/N | Hartford Insurance | EXPENSE/DISBURSEMENT - | $1,597.00 | $173,709.02 | 4/26/2022 |
| 4/23/2022 | | Transfer D | Y/N | Berkshire Umbrella | EXPENSE/DISBURSEMENT - | $6,407.04 | $175,306.02 | 4/26/2022 |
| 4/20/2022 | 3217 | Check | Y/N | Booking.co Paid via AC | EXPENSE/DISBURSEMENT - | $759.01 | $181,713.06 | 4/20/2022 |
| 4/19/2022 | 3195 | Check | Y/Y | Crain Com Digital ad 2 | EXPENSE/DISBURSEMENT - | $226.15 | $182,472.07 | 4/28/2022 |
| 4/19/2022 | 3194 | Check | Y/Y | Crain Com Print ad iss | EXPENSE/DISBURSEMENT - | $282.00 | $182,698.22 | 4/28/2022 |
| 4/19/2022 | 3193 | Check | Y/Y | Crain Com Print ad iss | EXPENSE/DISBURSEMENT - | $282.00 | $182,980.22 | 4/28/2022 |
| 4/14/2022 | 3216 | Check | Y/N | State of M Disbursed | EXPENSE/DISBURSEMENT - | $4,524.03 | $183,262.22 | 4/14/2022 |
| 4/12/2022 | | Bank Debit | Y/N | Reiinhardt Food Servi | EXPENSE/DISBURSEMENT - | $1,306.06 | $187,786.25 | 4/12/2022 |
| 4/11/2022 | | Wire In | Y/N | Soo Hotels Debtor in | DEPOSIT/C $25,000.00 | | $189,092.31 | 4/11/2022 |
| 4/10/2022 | 3192 | Check | Y/Y | Cloverland Electric Co | EXPENSE/DISBURSEMENT - | $7,758.25 | $164,092.31 | 4/15/2022 |
| 4/10/2022 | 3191 | Check | Y/Y | DTE Energy | EXPENSE/DISBURSEMENT - | $527.87 | $171,850.56 | 4/15/2022 |

| Date | Num | Type | Y/N | Payee | Category | Amount | Balance | Date2 |
|---|---|---|---|---|---|---:|---:|---|
| 4/10/2022 | 3190 | Check | Y/Y | EcoLab Inc. | EXPENSE/DISBURSEMENT - | $138.33 | $172,378.43 | 4/13/2022 |
| 4/10/2022 | 3189 | Check | Y/Y | EcoLab Inc. | EXPENSE/DISBURSEMENT - | $2,144.69 | $172,516.76 | 4/13/2022 |
| 4/10/2022 | 3188 | Check | Y/Y | Kelly Printing Service | EXPENSE/DISBURSEMENT - | $365.85 | $174,661.45 | 4/14/2022 |
| 4/10/2022 | 3187 | Check | Y/Y | GFL Environmental | EXPENSE/DISBURSEMENT - | $1,411.49 | $175,027.30 | 4/25/2022 |
| 4/10/2022 | 3186 | Check | Y/Y | CSI Group International | EXPENSE/DISBURSEMENT - | $1,091.70 | $176,438.79 | 4/15/2022 |
| 4/10/2022 | 3185 | Check | Y/Y | Charter Communications | EXPENSE/DISBURSEMENT - | $459.66 | $177,530.49 | 4/20/2022 |
| 4/10/2022 | 3184 | Check | Y/Y | Performance Foodservice | EXPENSE/DISBURSEMENT - | $45.18 | $177,990.15 | 4/19/2022 |
| 4/10/2022 | 3183 | Check | Y/Y | Choice Hotels | EXPENSE/DISBURSEMENT - | $28,703.31 | $178,035.33 | 4/14/2022 |
| 4/10/2022 | 3182 | Check | Y/Y | CSI Group International | EXPENSE/DISBURSEMENT - | $1,744.48 | $206,738.64 | 4/15/2022 |
| 4/10/2022 | 3181 | Check | Y/Y | CSI Group International | EXPENSE/DISBURSEMENT - | $2,248.64 | $208,483.12 | 4/15/2022 |
| 4/10/2022 | 3180 | Void Check | Y/N | VOID: Cloverland Elec | EXPENSE/DISBURSEMENT - | ($7,758.25) | $210,731.76 | 4/10/2022 |
| 4/10/2022 | 3180 | Check | Y/Y | Cloverland Electric Co | EXPENSE/DISBURSEMENT - | $7,758.25 | $202,973.51 | 4/10/2022 |
| 4/10/2022 | | Bank Debit | Y/N | Reinhardt Food Service | EXPENSE/DISBURSEMENT - | $1,306.06 | $210,731.76 | 4/12/2022 |
| 4/10/2022 | | Bank Credit | Y/N | Reinhardt Correcting | DEPOSIT/C | $1,306.06 | $212,037.82 | 4/10/2022 |
| 3/28/2022 | | Bank Debit | Y/N | Reinhardt Food Service | EXPENSE/DISBURSEMENT - | $2,205.18 | $210,731.76 | 3/28/2022 |
| 3/21/2022 | 3179 | Check | Y/Y | Performance Foodservice | EXPENSE/DISBURSEMENT - | $45.18 | $212,936.94 | 3/25/2022 |
| 3/21/2022 | 3178 | Check | Y/Y | Charter Communications | EXPENSE/DISBURSEMENT - | $229.83 | $212,982.12 | 3/30/2022 |
| 3/21/2022 | 3177 | Check | Y/Y | Chippewa County Health | EXPENSE/DISBURSEMENT - | $830.00 | $213,211.95 | 4/18/2022 |
| 3/21/2022 | 3176 | Check | Y/Y | Independent Consulting | EXPENSE/DISBURSEMENT - | $250.00 | $214,041.95 | 4/13/2022 |
| 3/21/2022 | 3175 | Check | Y/Y | CSI Group International | EXPENSE/DISBURSEMENT - | $1,091.70 | $214,291.95 | 3/28/2022 |
| 3/21/2022 | 3174 | Check | Y/Y | Kelly Printing Service | EXPENSE/DISBURSEMENT - | $365.85 | $215,383.65 | 3/25/2022 |
| 3/21/2022 | 3173 | Check | Y/Y | EcoLab Inc. | EXPENSE/DISBURSEMENT - | $2,144.69 | $215,749.50 | 3/24/2022 |
| 3/21/2022 | 3172 | Check | Y/Y | EcoLab Inc. | EXPENSE/DISBURSEMENT - | $138.33 | $217,894.19 | 3/24/2022 |
| 3/21/2022 | 3171 | Check | Y/Y | DTE Energy | EXPENSE/DISBURSEMENT - | $527.87 | $218,032.52 | 3/25/2022 |
| 3/21/2022 | 3170 | Check | Y/Y | GFL Environmental | EXPENSE/DISBURSEMENT - | $708.00 | $218,560.39 | 4/6/2022 |
| 3/21/2022 | 3169 | Check | Y/Y | FNB/ UPTRA | EXPENSE/DISBURSEMENT - | $2,180.21 | $219,268.39 | 3/28/2022 |
| 3/21/2022 | 3168 | Check | Y/Y | Sault Area Tourist Bur | EXPENSE/DISBURSEMENT - | $10,901.07 | $221,448.60 | 3/28/2022 |
| 3/21/2022 | | Bank Debit | Y/N | Booking.com | EXPENSE/DISBURSEMENT - | $1,790.89 | $232,349.67 | 3/21/2022 |
| 3/15/2022 | | Transfer D | Y/N | State of Michigan SUW | EXPENSE/DISBURSEMENT - | $13,037.68 | $234,140.56 | 3/16/2022 |
| 3/14/2022 | 3155 | Void Check | Y/N | VOID: City of Sault Ste | EXPENSE/DISBURSEMENT - | ($1,976.47) | $247,178.24 | 3/14/2022 |
| 3/14/2022 | | Bank Debit | Y/N | Reinhardt Food Service | EXPENSE/DISBURSEMENT - | $3,246.25 | $245,201.77 | 3/14/2022 |
| 3/14/2022 | | Wire In | Y/N | Soo Hotels Debtor in | DEPOSIT/C | $20,000.00 | $248,448.02 | 3/11/2022 |
| 3/10/2022 | 3167 | Check | Y/Y | CHS, LLC | EXPENSE/DISBURSEMENT - | $2,905.88 | $228,448.02 | 3/18/2022 |
| 3/10/2022 | 3166 | Check | Y/Y | City of Sault Ste Marie | EXPENSE/DISBURSEMENT - | $2,811.12 | $231,353.90 | 3/17/2022 |

| Date | Num | Type | Y/N | Payee | Category | Amount | Balance | Clear Date |
|---|---|---|---|---|---|---|---|---|
| 3/10/2022 | 3165 | Check | Y/Y | Matheny Lawn Servic | EXPENSE/DISBURSEMENT - | $2,000.00 | $234,165.02 | 3/16/2022 |
| 3/10/2022 | 3164 | Check | Y/Y | Golden Malted | EXPENSE/DISBURSEMENT - | $158.11 | $236,165.02 | 3/17/2022 |
| 3/10/2022 | 3163 | Check | Y/Y | Chippewa County Hea | EXPENSE/DISBURSEMENT - | $394.00 | $236,323.13 | 3/21/2022 |
| 3/10/2022 | 3162 | Check | Y/Y | USA Today | EXPENSE/DISBURSEMENT - | $92.00 | $236,717.13 | 3/16/2022 |
| 3/10/2022 | 3161 | Check | Y/Y | Choice Hotels | EXPENSE/DISBURSEMENT - | $29,284.36 | $236,809.13 | 3/15/2022 |
| 3/10/2022 | | Transfer D | Y/N | Reinhardt Food Servic | EXPENSE/DISBURSEMENT - | $3,246.25 | $266,093.49 | 3/14/2022 |
| 3/10/2022 | | Bank Credi | Y/N | Reinhardt Correcting | DEPOSIT/C | $3,246.25 | $269,339.74 | 3/10/2022 |
| 3/10/2022 | | Deposit | Y/N | Checks Anderson | DEPOSIT/C | $2,679.53 | $266,093.49 | 3/10/2022 |
| 3/4/2022 | 3160 | Check | Y/Y | In the Swim | EXPENSE/DISBURSEMENT - | $688.97 | $263,413.96 | 3/17/2022 |
| 3/4/2022 | 3159 | Check | Y/Y | GFL Environmental | EXPENSE/DISBURSEMENT - | $703.46 | $264,102.93 | 3/23/2022 |
| 3/4/2022 | 3158 | Check | Y/Y | Adtrav Atten Accoun | EXPENSE/DISBURSEMENT - | $9.60 | $264,806.39 | 3/15/2022 |
| 3/4/2022 | 3157 | Check | Y/Y | Golden Malted | EXPENSE/DISBURSEMENT - | $326.18 | $264,815.99 | 3/17/2022 |
| 3/4/2022 | 3156 | Check | Y/Y | HD Supply Facilities M | EXPENSE/DISBURSEMENT - | $3,626.83 | $265,142.17 | 3/21/2022 |
| 3/4/2022 | 3155 | Check | Y/Y | City of Sault Ste Mari | EXPENSE/DISBURSEMENT - | $1,976.47 | $268,769.00 | 3/14/2022 |
| 3/4/2022 | | Transfer D | Y/N | Berkshire Hathaway | EXPENSE/DISBURSEMENT - | $574.94 | $270,745.47 | 3/7/2022 |
| 3/4/2022 | | Transfer D | Y/N | Berkshire Hathaway | EXPENSE/DISBURSEMENT - | $9,785.98 | $271,320.41 | 3/7/2022 |
| 3/4/2022 | | Bank Credi | Y/N | Berkshire I Corrective | DEPOSIT/C | $0.60 | $281,106.39 | 3/4/2022 |
| 3/3/2022 | | Wire In | Y/N | Soo Hotels Debtor in | DEPOSIT/C | $39,000.00 | $281,105.79 | 3/3/2022 |
| 3/1/2022 | | Bank Debit | Y/N | Reinhardt Food Servic | EXPENSE/DISBURSEMENT - | $2,571.36 | $242,105.79 | 3/1/2022 |
| 2/28/2022 | 3154 | Check | Y/Y | Dominic Shammami | EXPENSE/DISBURSEMENT - | $8,500.00 | $244,677.15 | 3/7/2022 |
| 2/28/2022 | 3153 | Check | Y/Y | Salwan Atto | EXPENSE/DISBURSEMENT - | $7,000.00 | $253,177.15 | 3/9/2022 |
| 2/28/2022 | 3152 | Check | Y/Y | Cloverland Electric Co | EXPENSE/DISBURSEMENT - | $4,994.59 | $260,177.15 | 3/16/2022 |
| 2/28/2022 | 3151 | Check | Y/Y | Central Savings Bank | EXPENSE/DISBURSEMENT - | $27,086.39 | $265,171.74 | 3/4/2022 |
| 2/28/2022 | 3150 | Check | Y/Y | USA Today | EXPENSE/DISBURSEMENT - | $92.00 | $292,258.13 | 3/8/2022 |
| 2/28/2022 | 3149 | Check | Y/Y | Charter Communicati | EXPENSE/DISBURSEMENT - | $229.83 | $292,350.13 | 3/14/2022 |
| 2/28/2022 | 3148 | Check | Y/Y | DTE Energy | EXPENSE/DISBURSEMENT - | $2,006.45 | $292,579.96 | 3/4/2022 |
| 2/28/2022 | 3147 | Check | Y/Y | Performan Paper proc | EXPENSE/DISBURSEMENT - | $45.18 | $294,586.41 | 3/4/2022 |
| 2/28/2022 | 3146 | Check | Y/Y | Tel Electronics | EXPENSE/DISBURSEMENT - | $395.00 | $294,631.59 | 3/8/2022 |
| 2/28/2022 | | Bank Debit | Y/N | Reinhardt Food Servic | EXPENSE/DISBURSEMENT - | $2,571.36 | $295,026.59 | 3/1/2022 |
| 2/28/2022 | | Bank Credi | Y/N | Reinhard F Correcting | DEPOSIT/C | $2,571.36 | $297,597.95 | 2/28/2022 |
| 2/28/2022 | | Deposit | Y/N | Soo Hotels Debtor in | DEPOSIT/C | $53,000.00 | $295,026.59 | 2/28/2022 |
| 2/22/2022 | 3145 | Check | Y/Y | Sault Area Tourist Bur | EXPENSE/DISBURSEMENT - | $7,052.53 | $242,026.59 | 3/3/2022 |
| 2/22/2022 | 3144 | Check | Y/Y | FNB/ UPTRA | EXPENSE/DISBURSEMENT - | $1,410.51 | $249,079.12 | 3/3/2022 |
| 2/22/2022 | 3143 | Check | Y/Y | Central Savings Bank | EXPENSE/DISBURSEMENT - | $22,607.83 | $250,489.63 | 3/1/2022 |

| Date | Check# | Type | Cleared | Payee | Category | Deposit | Expense | Balance | Date2 |
|---|---|---|---|---|---|---|---|---|---|
| 2/22/2022 | 3103 | Void Check | Y/N | VOID: City of Sault Ste | EXPENSE/DISBURSEMENT - | | ($1,809.27) | $273,097.46 | 2/22/2022 |
| 2/22/2022 | | Bank Debit | Y/N | Booking.com | EXPENSE/DISBURSEMENT - | | $751.23 | $271,288.19 | 2/22/2022 |
| 2/22/2022 | | Wire In | Y/N | Soo Hotels Debtor in | DEPOSIT/C | $28,000.00 | | $272,039.42 | 2/18/2022 |
| 2/21/2022 | | Transfer D | Y/N | State of Michigan SUV | EXPENSE/DISBURSEMENT - | | $8,434.83 | $244,039.42 | 2/22/2022 |
| 2/21/2022 | | Transfer D | Y/N | Reinhardt Food Servic | EXPENSE/DISBURSEMENT - | | $5,236.51 | $252,474.25 | 2/18/2022 |
| 2/18/2022 | 3142 | Check | Y/Y | Crain Communication | EXPENSE/DISBURSEMENT - | | $282.00 | $257,710.76 | 2/28/2022 |
| 2/18/2022 | | Wire In | Y/N | Soo Hotels Debtor in | DEPOSIT/C | $67,000.00 | | $257,992.76 | 2/15/2022 |
| 2/11/2022 | | Bank Debit | Y/N | Guest Supply | EXPENSE/DISBURSEMENT - | | $5,095.19 | $190,992.76 | 2/11/2022 |
| 2/10/2022 | 3141 | Check | Y/Y | Crain Communication | EXPENSE/DISBURSEMENT - | | $282.00 | $196,087.95 | 2/22/2022 |
| 2/10/2022 | 3140 | Check | Y/Y | Crain Communication | EXPENSE/DISBURSEMENT - | | $145.85 | $196,369.95 | 2/18/2022 |
| 2/10/2022 | 3139 | Check | Y/Y | Charter Communicati | EXPENSE/DISBURSEMENT - | | $5,501.16 | $196,515.80 | 2/23/2022 |
| 2/10/2022 | 3138 | Check | Y/Y | Matheny Lawn Servic | EXPENSE/DISBURSEMENT - | | $2,300.00 | $202,016.96 | 2/18/2022 |
| 2/10/2022 | 3137 | Check | Y/Y | American Hotel Regis | EXPENSE/DISBURSEMENT - | | $950.05 | $204,316.96 | 2/23/2022 |
| 2/10/2022 | 3136 | Check | Y/Y | Otis Elevator Compan | EXPENSE/DISBURSEMENT - | | $744.33 | $205,267.01 | 2/18/2022 |
| 2/10/2022 | 3135 | Check | Y/Y | Cloverland Electric Cc | EXPENSE/DISBURSEMENT - | | $7,953.06 | $206,011.34 | 2/23/2022 |
| 2/10/2022 | | Deposit | Y/N | Vending Group | DEPOSIT/C | $116.49 | | $213,964.40 | 2/11/2022 |
| 2/10/2022 | | Deposit | Y/N | Alger-Marquette Com | DEPOSIT/C | $5,568.00 | | $213,847.91 | 2/11/2022 |
| 2/10/2022 | | Deposit | Y/N | Krist Oil Co | DEPOSIT/C | $1,853.97 | | $208,279.91 | 2/11/2022 |
| 2/10/2022 | | Deposit | Y/N | Williams Distributing | DEPOSIT/C | $690.26 | | $206,425.94 | 2/11/2022 |
| 2/10/2022 | | Deposit | Y/N | Bierlien Services Inc. | DEPOSIT/C | $179.20 | | $205,735.68 | 2/11/2022 |
| 2/10/2022 | | Deposit | Y/N | Bacco Construction C | DEPOSIT/C | $8,768.73 | | $205,556.48 | 2/11/2022 |
| 2/10/2022 | | Deposit | Y/N | Sault Ste. Marie Tribe | DEPOSIT/C | $470.33 | | $196,787.75 | 2/11/2022 |
| 2/9/2022 | 3134 | Check | Y/Y | City of Sault Ste Marie | EXPENSE/DISBURSEMENT - | | $7,085.84 | $196,317.42 | 2/22/2022 |
| 2/9/2022 | 3133 | Check | Y/Y | GFL Environmental | EXPENSE/DISBURSEMENT - | | $2,028.70 | $203,403.26 | 6/7/2022 |
| 2/9/2022 | | Bank Debit | Y/N | Guest Supply | EXPENSE/DISBURSEMENT - | | $5,095.17 | $205,431.96 | 2/11/2022 |
| 2/9/2022 | | Bank Credit | Y/N | Guest Sup Duplicate | DEPOSIT/C | $5,095.17 | | $210,527.13 | 2/9/2022 |
| 2/1/2022 | | Wire In | Y/N | Soo Hotels Debtor in | DEPOSIT/C | $40,000.00 | | $205,431.96 | 2/1/2022 |
| 1/29/2022 | 3132 | Check | Y/Y | American Hotel Regis | EXPENSE/DISBURSEMENT - | | $950.05 | $165,431.96 | 2/9/2022 |
| 1/29/2022 | 3131 | Check | Y/Y | GFL Environmental | EXPENSE/DISBURSEMENT - | | $660.18 | $166,382.01 | 2/8/2022 |
| 1/29/2022 | 3130 | Check | Y/Y | Charter Communicati | EXPENSE/DISBURSEMENT - | | $229.83 | $167,042.19 | 2/10/2022 |
| 1/29/2022 | 3129 | Check | Y/Y | USA Today | EXPENSE/DISBURSEMENT - | | $105.80 | $167,272.02 | 2/9/2022 |
| 1/29/2022 | 3128 | Check | Y/Y | Tel Electronics | EXPENSE/DISBURSEMENT - | | $395.00 | $167,377.82 | 2/7/2022 |
| 1/29/2022 | 3127 | Check | Y/Y | DTE Energy | EXPENSE/DISBURSEMENT - | | $1,407.82 | $167,772.82 | 2/7/2022 |
| 1/29/2022 | 3126 | Check | Y/Y | In the Swim | EXPENSE/DISBURSEMENT - | | $201.37 | $169,180.64 | 2/9/2022 |

| Date | Num | Type | Clr | Payee | Category | Amount | Balance | Cleared Date |
|---|---|---|---|---|---|---:|---:|---|
| 1/29/2022 | 3125 | Check | Y/Y | In the Swim | EXPENSE/DISBURSEMENT - | $984.56 | $169,382.01 | 2/9/2022 |
| 1/29/2022 | 3124 | Check | Y/Y | OHA Pest Solutions | EXPENSE/DISBURSEMENT - | $50.00 | $170,366.57 | 2/8/2022 |
| 1/29/2022 | 3123 | Check | Y/Y | Matheny Lawn Service | EXPENSE/DISBURSEMENT - | $2,000.00 | $170,416.57 | 2/7/2022 |
| 1/29/2022 | 3122 | Check | Y/Y | Michael Monday | EXPENSE/DISBURSEMENT - | $5,000.00 | $172,416.57 | 2/4/2022 |
| 1/29/2022 | 3121 | Check | Y/Y | Central Savings Bank | EXPENSE/DISBURSEMENT - | $17,862.91 | $177,416.57 | 2/4/2022 |
| 1/29/2022 | 3120 | Check | Y/Y | Otis Elevator Company | EXPENSE/DISBURSEMENT - | $744.33 | $195,279.48 | 2/7/2022 |
| 1/29/2022 | 3119 | Check | Y/Y | City of Sault Ste Marie | EXPENSE/DISBURSEMENT - | $1,809.27 | $196,023.81 | 2/8/2022 |
| 1/29/2022 | 3118 | Check | Y/Y | Peninsula Acquatics | EXPENSE/DISBURSEMENT - | $325.00 | $197,833.08 | 2/4/2022 |
| 1/29/2022 | 3117 | Check | Y/Y | Cloverland Electric Co | EXPENSE/DISBURSEMENT - | $7,953.06 | $198,158.08 | 2/8/2022 |
| 1/29/2022 | 3116 | Check | Y/Y | Choice Hotels | EXPENSE/DISBURSEMENT - | $8,317.76 | $206,111.14 | 2/7/2022 |
| 1/27/2022 | | Bank Debit | Y/N | Reinhardt Food Service | EXPENSE/DISBURSEMENT - | $4,717.38 | $214,428.90 | 1/28/2022 |
| 1/27/2022 | | Wire In | Y/N | Soo Hotels Debtor in | DEPOSIT/C | $60,000.00 | $219,146.28 | 1/27/2022 |
| 1/20/2022 | | Bank Debit | Y/N | Booking.com | EXPENSE/DISBURSEMENT - | $574.02 | $159,146.28 | 1/20/2022 |
| 1/19/2022 | | Bank Debit | Y/N | State of Michigan SUW | EXPENSE/DISBURSEMENT - | $2,445.46 | $159,720.30 | 1/19/2022 |
| 1/18/2022 | 3115 | Check | Y/Y | Michigan Laundry Ma | EXPENSE/DISBURSEMENT - | $2,274.91 | $162,165.76 | 1/24/2022 |
| 1/18/2022 | 3114 | Check | Y/Y | Sault Area Tourist Bur | EXPENSE/DISBURSEMENT - | $2,044.70 | $164,440.67 | 1/26/2022 |
| 1/18/2022 | 3113 | Check | Y/Y | DTE Energy | EXPENSE/DISBURSEMENT - | $4,830.94 | $166,485.37 | 1/24/2022 |
| 1/18/2022 | 3112 | Check | Y/Y | Short's Travel Management | EXPENSE/DISBURSEMENT - | $109.99 | $171,316.31 | 1/26/2022 |
| 1/18/2022 | 3111 | Check | Y/Y | HD Supply Facilities M | EXPENSE/DISBURSEMENT - | $48.54 | $171,426.30 | 1/26/2022 |
| 1/18/2022 | 3110 | Check | Y/Y | TA Connections | EXPENSE/DISBURSEMENT - | $110.60 | $171,474.84 | 1/24/2022 |
| 1/18/2022 | 3109 | Check | Y/Y | GFL Environmental | EXPENSE/DISBURSEMENT - | $665.06 | $171,585.44 | 2/7/2022 |
| 1/18/2022 | 3108 | Check | Y/Y | USA Today Periodical | EXPENSE/DISBURSEMENT - | $87.40 | $172,250.50 | 1/31/2022 |
| 1/18/2022 | 3107 | Check | Y/Y | OHA Pest Pest Contr | EXPENSE/DISBURSEMENT - | $100.00 | $172,337.90 | 1/28/2022 |
| 1/18/2022 | 3106 | Check | Y/Y | Matheny L Snow Rem | EXPENSE/DISBURSEMENT - | $900.00 | $172,437.90 | 1/26/2022 |
| 1/18/2022 | 3105 | Check | Y/Y | Guardian F Pest Contr | EXPENSE/DISBURSEMENT - | $126.00 | $173,337.90 | 1/24/2022 |
| 1/18/2022 | 3104 | Check | Y/Y | Golden Ma Food supp | EXPENSE/DISBURSEMENT - | $650.82 | $173,463.90 | 1/25/2022 |
| 1/18/2022 | 3103 | Check | Y/Y | City of Sau Water Util | EXPENSE/DISBURSEMENT - | $1,809.27 | $174,114.72 | 1/18/2022 |
| 1/18/2022 | 3102 | Check | Y/Y | Central Savings Bank | EXPENSE/DISBURSEMENT - | $566.46 | $175,923.99 | 1/24/2022 |
| 1/18/2022 | 3101 | Check | Y/Y | Central Savings Bank | EXPENSE/DISBURSEMENT - | $30,702.74 | $176,490.45 | 1/24/2022 |
| 1/18/2022 | 3100 | Check | Y/Y | Charter Co Cable utilt | EXPENSE/DISBURSEMENT - | $3,637.62 | $207,193.19 | 1/28/2022 |
| 1/18/2022 | 3099 | Check | Y/Y | Cloverland Electric uti | EXPENSE/DISBURSEMENT - | $5,612.79 | $210,830.81 | 1/25/2022 |
| 1/18/2022 | 3098 | Check | Y/Y | EcoLab Inc cleaning & | EXPENSE/DISBURSEMENT - | $1,346.93 | $216,443.60 | 1/24/2022 |
| 1/18/2022 | 3092 | Void Check | Y/N | VOID: Michael Monda | EXPENSE/DISBURSEMENT - | ($5,000.00) | $217,790.53 | 1/18/2022 |
| 1/18/2022 | | Bank Debit | Y/N | City of Sau Check 310 | EXPENSE/DISBURSEMENT - | $1,809.27 | $212,790.53 | 1/18/2022 |

| Date | Check # | Type | Cleared | Payee | Category | Amount | Balance | Date 2 |
|---|---|---|---|---|---|---|---|---|
| 1/18/2022 | | Bank Credit | Y/N | Corrective Corrective | DEPOSIT/C | $1,809.27 | $214,599.80 | 1/18/2022 |
| 1/18/2022 | | Deposit | Y/N | Remote Deposit | DEPOSIT/C | $14,484.86 | $212,790.53 | 1/18/2022 |
| 1/13/2022 | | Bank Debit | Y/N | Reinhardt Food Service | EXPENSE/DISBURSEMENT - | $1,519.11 | $198,305.67 | 1/13/2022 |
| 12/29/2021 | | Wire In | Y/N | Soo Hotels Debtor in | DEPOSIT/C | $25,000.00 | $199,824.78 | 12/20/2021 |
| 12/28/2021 | 3215 | Check | Y/N | Booking.com | EXPENSE/DISBURSEMENT - | $6,563.29 | $174,824.78 | 12/28/2021 |
| 12/28/2021 | | Bank Debit | Y/N | Booking.com | EXPENSE/DISBURSEMENT - | $2,435.92 | $181,388.07 | 12/28/2021 |
| 12/28/2021 | | Bank Debit | Y/N | Booking.com | EXPENSE/DISBURSEMENT - | $1,930.40 | $183,823.99 | 12/28/2021 |
| 12/21/2021 | 3097 | Check | Y/Y | Sault Area Tourist Bur | EXPENSE/DISBURSEMENT - | $3,046.72 | $185,754.39 | 12/31/2021 |
| 12/21/2021 | 3096 | Check | Y/Y | FNB/ UPTRA | EXPENSE/DISBURSEMENT - | $609.34 | $188,801.11 | 12/28/2021 |
| 12/21/2021 | | Bank Debit | Y/N | State of Michigan SUW | EXPENSE/DISBURSEMENT - | $3,637.79 | $189,410.45 | 12/13/2021 |
| 12/20/2021 | 3095 | Check | Y/Y | Choice Hotels | EXPENSE/DISBURSEMENT - | $8,658.16 | $193,048.24 | 12/28/2021 |
| 12/20/2021 | 3094 | Check | Y/Y | Salwan Atto | EXPENSE/DISBURSEMENT - | $35,000.00 | $201,706.40 | 1/6/2022 |
| 12/20/2021 | 3093 | Check | Y/Y | Dominic Shammami | EXPENSE/DISBURSEMENT - | $42,500.00 | $236,706.40 | 12/28/2021 |
| 12/20/2021 | | Bank Debit | Y/N | Reinhardt Food Service | EXPENSE/DISBURSEMENT - | $3,045.67 | $279,206.40 | 12/17/2021 |
| 12/16/2021 | 3092 | Check | Y/Y | Michael Monday | EXPENSE/DISBURSEMENT - | $5,000.00 | $282,252.07 | 1/18/2022 |
| 12/16/2021 | 3091 | Void Check | Y/N | VOID: Michael Monday | EXPENSE/DISBURSEMENT - | ($6,000.00) | $287,252.07 | 12/16/2021 |
| 12/6/2021 | | Bank Debit | Y/N | Westguard Insurance | EXPENSE/DISBURSEMENT - | $10,585.90 | $281,252.07 | 12/6/2021 |
| 12/6/2021 | | Bank Debit | Y/N | Westguard Insurance | EXPENSE/DISBURSEMENT - | $584.78 | $291,837.97 | 12/6/2021 |
| 12/3/2021 | 3091 | Check | Y/Y | Michael Monday | EXPENSE/DISBURSEMENT - | $6,000.00 | $292,422.75 | 12/16/2021 |
| 12/3/2021 | 3090 | Check | Y/Y | Short's Travel Management | EXPENSE/DISBURSEMENT - | $109.99 | $298,422.75 | 12/9/2021 |
| 12/3/2021 | 3089 | Check | Y/Y | WM Corporate Service | EXPENSE/DISBURSEMENT - | $372.53 | $298,532.74 | 12/9/2021 |
| 12/3/2021 | 3088 | Check | Y/Y | TA Connections | EXPENSE/DISBURSEMENT - | $72.00 | $298,905.27 | 12/13/2021 |
| 12/3/2021 | 3087 | Check | Y/Y | Sable Hotel Supply | EXPENSE/DISBURSEMENT - | $237.50 | $298,977.27 | 12/29/2021 |
| 12/3/2021 | 3086 | Check | Y/Y | Charter Communications | EXPENSE/DISBURSEMENT - | $459.66 | $299,214.77 | 12/13/2021 |
| 12/3/2021 | 3085 | Check | Y/Y | EcoLab Inc. | EXPENSE/DISBURSEMENT - | $126.94 | $299,674.43 | 12/6/2021 |
| 12/3/2021 | 3084 | Check | Y/Y | Commtrak Co | EXPENSE/DISBURSEMENT - | $175.26 | $299,801.37 | 12/17/2021 |
| 12/3/2021 | 3083 | Check | Y/Y | Eco Lab | EXPENSE/DISBURSEMENT - | $2,986.56 | $299,976.63 | 12/6/2021 |
| 12/3/2021 | 3082 | Check | Y/Y | USA Today | EXPENSE/DISBURSEMENT - | $115.00 | $302,963.19 | 12/8/2021 |
| 12/3/2021 | 3081 | Check | Y/Y | Central Savings Bank | EXPENSE/DISBURSEMENT - | $13,972.59 | $303,078.19 | 12/8/2021 |
| 12/3/2021 | 3080 | Check | Y/Y | GFL Environmental | EXPENSE/DISBURSEMENT - | $650.46 | $317,050.78 | 12/14/2021 |
| 12/3/2021 | 3079 | Check | Y/Y | HD Supply Facilities M | EXPENSE/DISBURSEMENT - | $206.17 | $317,701.24 | 12/9/2021 |
| 12/3/2021 | 3078 | Check | Y/Y | Cloverland Electric Co | EXPENSE/DISBURSEMENT - | $3,359.66 | $317,907.41 | 12/10/2021 |
| 12/3/2021 | 3077 | Check | Y/Y | PB Business Solutions | EXPENSE/DISBURSEMENT - | $298.50 | $321,267.07 | 12/10/2021 |
| 12/3/2021 | 3076 | Check | Y/Y | Michigan Logos | EXPENSE/DISBURSEMENT - | $1,700.00 | $321,565.57 | 12/7/2021 |

| Date | Num | Type | Cleared | Payee | Category | Amount Out | Amount In | Balance | Date 2 |
|---|---|---|---|---|---|---|---|---|---|
| 12/3/2021 | 3075 | Check | Y/Y | DTE Energy | EXPENSE/DISBURSEMENT - | $1,073.13 | | $323,265.57 | 12/9/2021 |
| 12/3/2021 | 3074 | Check | Y/Y | Sault Area Tourist Bur | EXPENSE/DISBURSEMENT - | $7,538.56 | | $324,338.70 | 12/20/2021 |
| 12/3/2021 | 3073 | Check | Y/Y | FNB/ UPTRA | EXPENSE/DISBURSEMENT - | $1,507.71 | | $331,877.26 | 6/7/2022 |
| 12/3/2021 | | Deposit | Y/N | Remote Deposit | DEPOSIT/C | | $1,514.95 | $333,384.97 | 12/3/2021 |
| 12/2/2021 | | Deposit | Y/N | Remote Deposit | DEPOSIT/C | | $93,865.60 | $331,870.02 | 12/3/2021 |
| 12/2/2021 | | Deposit | Y/N | Remote Deposit | DEPOSIT/C | | $8,288.80 | $238,004.42 | 12/2/2021 |
| 11/22/2021 | | Bank Debit | Y/N | State of Michigan SUV | EXPENSE/DISBURSEMENT - | $9,016.11 | | $229,715.62 | 11/22/2021 |
| 11/19/2021 | 3072 | Check | Y/Y | Choice Hotels | EXPENSE/DISBURSEMENT - | $19,674.02 | | $238,731.73 | 12/13/2021 |
| 11/19/2021 | 3071 | Check | Y/Y | Kelly Printing Service | EXPENSE/DISBURSEMENT - | $1,267.95 | | $258,405.75 | 11/30/2021 |
| 11/15/2021 | | Transfer D | Y/N | Sysco Food Service Gr | EXPENSE/DISBURSEMENT - | $1,312.25 | | $259,673.70 | 11/16/2021 |
| 11/15/2021 | | Transfer D | Y/N | Reinhardt Food Servic | EXPENSE/DISBURSEMENT - | $2,287.19 | | $260,985.95 | 11/16/2021 |
| 11/15/2021 | | Wire In | Y/N | Soo Hotels Debtor in | DEPOSIT/C | | $24,000.00 | $263,273.14 | 11/15/2021 |
| 11/5/2021 | 3070 | Check | Y/Y | Central Savings Bank | EXPENSE/DISBURSEMENT - | $22,608.00 | | $239,273.14 | 11/12/2021 |
| 11/5/2021 | 3069 | Check | Y/Y | Otis Elevator Compan | EXPENSE/DISBURSEMENT - | $744.33 | | $261,881.14 | 11/12/2021 |
| 11/5/2021 | 3068 | Check | Y/Y | Guardian Pest Solutio | EXPENSE/DISBURSEMENT - | $63.00 | | $262,625.47 | 11/15/2021 |
| 11/5/2021 | 3067 | Check | Y/Y | Charter Communicati | EXPENSE/DISBURSEMENT - | $229.83 | | $262,688.47 | 11/18/2021 |
| 11/5/2021 | 3066 | Check | Y/Y | Charter Communicati | EXPENSE/DISBURSEMENT - | $1,818.81 | | $262,918.30 | 11/18/2021 |
| 11/5/2021 | 3065 | Check | Y/Y | EGLE Cashiers Office | EXPENSE/DISBURSEMENT - | $140.00 | | $264,737.11 | 11/16/2021 |
| 11/5/2021 | 3064 | Check | Y/Y | Central Savings Bank | EXPENSE/DISBURSEMENT - | $1,319.58 | | $264,877.11 | 11/12/2021 |
| 11/5/2021 | 3063 | Check | Y/Y | HD Supply Facilities M | EXPENSE/DISBURSEMENT - | $1,745.55 | | $266,196.69 | 11/12/2021 |
| 11/5/2021 | 3062 | Check | Y/Y | National Hotel-Motel | EXPENSE/DISBURSEMENT - | $398.50 | | $267,942.24 | 11/22/2021 |
| 11/5/2021 | 3061 | Check | Y/Y | City of Sault Ste Marie | EXPENSE/DISBURSEMENT - | $2,977.57 | | $268,340.74 | 11/15/2021 |
| 11/5/2021 | 3060 | Check | Y/Y | Cloverland Electric Co | EXPENSE/DISBURSEMENT - | $2,502.79 | | $271,318.31 | 11/16/2021 |
| 11/5/2021 | 3059 | Check | Y/Y | Golden Malted | EXPENSE/DISBURSEMENT - | $470.00 | | $273,821.10 | 11/15/2021 |
| 11/5/2021 | | Bank Debit | Y/N | Corrective Deposit di | EXPENSE/DISBURSEMENT - | $208.00 | | $274,291.10 | 11/5/2021 |
| 11/5/2021 | | Bank Debit | Y/N | Corrective Deposit di | EXPENSE/DISBURSEMENT - | $203.70 | | $274,499.10 | 11/5/2021 |
| 11/5/2021 | | Bank Debit | Y/N | Corrective Deposit di | EXPENSE/DISBURSEMENT - | $4,168.43 | | $274,702.80 | 11/5/2021 |
| 11/5/2021 | | Deposit | Y/N | NWS Michigan LLC | DEPOSIT/C | | $4,168.43 | $278,871.23 | 11/5/2021 |
| 11/5/2021 | | Deposit | Y/N | NWS Michigan LLC | DEPOSIT/C | | $203.70 | $274,702.80 | 11/5/2021 |
| 11/5/2021 | | Deposit | Y/N | St George Greek Orth | DEPOSIT/C | | $208.00 | $274,499.10 | 11/5/2021 |
| 11/1/2021 | | Transfer D | Y/N | Sysco Food Service Gr | EXPENSE/DISBURSEMENT - | $1,067.83 | | $274,291.10 | 11/3/2021 |
| 11/1/2021 | | Transfer D | Y/N | Reinhardt Food Servic | EXPENSE/DISBURSEMENT - | $5,978.21 | | $275,358.93 | 11/3/2021 |
| 10/25/2021 | 3058 | Check | Y/Y | Charter Communicati | EXPENSE/DISBURSEMENT - | $1,818.81 | | $281,337.14 | 11/10/2021 |
| 10/25/2021 | 3057 | Check | Y/Y | Hubert Company | EXPENSE/DISBURSEMENT - | $286.20 | | $283,155.95 | 11/1/2021 |

| Date | Num | Type | Cleared | Payee | Category | Amount | Balance | Date2 |
|---|---|---|---|---|---|---:|---:|---|
| 10/25/2021 | 3056 | Void Check | Y/N | VOID: Commtrak | EXPENSE/DISBURSEMENT - | ($195.96) | $283,442.15 | 10/25/2021 |
| 10/25/2021 | 3056 | Check | Y/Y | Commtrak | EXPENSE/DISBURSEMENT - | $195.96 | $283,246.19 | 10/25/2021 |
| 10/25/2021 | 3055 | Check | Y/Y | Cloverland Electric Co | EXPENSE/DISBURSEMENT - | $2,807.27 | $283,442.15 | 11/3/2021 |
| 10/25/2021 | 3054 | Check | Y/Y | USA Today | EXPENSE/DISBURSEMENT - | $87.40 | $286,249.42 | 11/1/2021 |
| 10/25/2021 | 3053 | Check | Y/Y | WM Corporate Servic | EXPENSE/DISBURSEMENT - | $355.66 | $286,336.82 | 11/2/2021 |
| 10/25/2021 | 3052 | Check | Y/Y | GFL Environmental | EXPENSE/DISBURSEMENT - | $647.21 | $286,692.48 | 11/2/2021 |
| 10/25/2021 | 3051 | Check | Y/Y | City of Sault Ste Marie | EXPENSE/DISBURSEMENT - | $3,144.47 | $287,339.69 | 11/2/2021 |
| 10/25/2021 | | Wire In | Y/N | Soo Hotels Debtor in | DEPOSIT/C $40,000.00 | | $290,484.16 | 10/24/2021 |
| 10/21/2021 | 3050 | Check | Y/Y | Choice Hotels | EXPENSE/DISBURSEMENT - | $741.27 | $250,484.16 | 11/3/2021 |
| 10/21/2021 | 3049 | Check | Y/Y | Choice Hotels | EXPENSE/DISBURSEMENT - | $18,299.65 | $251,225.43 | 10/26/2021 |
| 10/13/2021 | 3048 | Check | Y/Y | Sault Area Tourist Bur | EXPENSE/DISBURSEMENT - | $8,498.09 | $269,525.08 | 10/28/2021 |
| 10/13/2021 | 3047 | Check | Y/Y | FNB/ UPTRA | EXPENSE/DISBURSEMENT - | $1,699.62 | $278,023.17 | 10/27/2021 |
| 10/13/2021 | 3046 | Check | Y/Y | Ryan Kabke | EXPENSE/DISBURSEMENT - | $1,448.92 | $279,722.79 | 10/26/2021 |
| 10/13/2021 | | Wire Out | Y/N | State of Michigan SUV | EXPENSE/DISBURSEMENT - | $10,146.72 | $281,171.71 | 10/13/2021 |
| 10/13/2021 | | Wire In | Y/N | Soo Hotels Debtor in | DEPOSIT/C $80,000.00 | | $291,318.43 | 10/13/2021 |
| 10/5/2021 | | Transfer D | Y/N | Reinhardt Food Servic | EXPENSE/DISBURSEMENT - | $3,222.55 | $211,318.43 | 10/6/2021 |
| 10/4/2021 | 3045 | Check | Y/Y | FNB/ UPTRA | EXPENSE/DISBURSEMENT - | $1,649.44 | $214,540.98 | 10/13/2021 |
| 10/4/2021 | 3044 | Check | Y/Y | Sault Area Tourist Bur | EXPENSE/DISBURSEMENT - | $8,247.24 | $216,190.42 | 10/13/2021 |
| 10/4/2021 | 3043 | Check | Y/Y | Central Savings Bank | EXPENSE/DISBURSEMENT - | $22,608.00 | $224,437.66 | 10/8/2021 |
| 10/4/2021 | 3042 | Check | Y/Y | Charter Communicati | EXPENSE/DISBURSEMENT - | $229.83 | $247,045.66 | 10/14/2021 |
| 10/4/2021 | 3041 | Check | Y/Y | CSI Group Internation | EXPENSE/DISBURSEMENT - | $553.06 | $247,275.49 | 10/13/2021 |
| 10/4/2021 | 3040 | Check | Y/Y | GFL Environmental | EXPENSE/DISBURSEMENT - | $645.68 | $247,828.55 | 10/8/2021 |
| 10/4/2021 | 3039 | Check | Y/Y | Golden Malted | EXPENSE/DISBURSEMENT - | $929.00 | $248,474.23 | 10/13/2021 |
| 10/4/2021 | 3038 | Check | Y/Y | HD Supply Facilities M | EXPENSE/DISBURSEMENT - | $228.92 | $249,403.23 | 10/8/2021 |
| 10/4/2021 | 3030 | Stop Paym | Y/N | STOP PAYMENT: HD S | EXPENSE/DISBURSEMENT - | ($93,215.00) | $249,632.15 | 10/31/2021 |
| 10/4/2021 | | Bank Debit | Y/N | HD Supply Too many | EXPENSE/DISBURSEMENT - | $93,215.00 | $156,417.15 | 10/4/2021 |
| 10/4/2021 | | Bank Debit | Y/N | Corrective Deposit en | EXPENSE/DISBURSEMENT - | $8,288.80 | $249,632.15 | 10/4/2021 |
| 10/4/2021 | | Bank Debit | Y/N | Corrective Corrective | EXPENSE/DISBURSEMENT - | $93,215.00 | $257,920.95 | 10/4/2021 |
| 10/4/2021 | | Bank Credit | Y/N | Corrective Corrective | DEPOSIT/C $93,215.00 | | $351,135.95 | 10/31/2021 |
| 10/4/2021 | | Deposit | Y/N | Various Roslyn | DEPOSIT/C $8,288.80 | | $257,920.95 | 12/2/2021 |
| 9/30/2021 | | Wire In | Y/N | Soo Hotels, Debtor in | DEPOSIT/C $60,000.00 | | $249,632.15 | 9/29/2021 |
| 9/24/2021 | 3037 | Check | Y/Y | DTE Energy | EXPENSE/DISBURSEMENT - | $901.63 | $189,632.15 | 10/1/2021 |
| 9/24/2021 | 3036 | Check | Y/Y | Hubert Company | EXPENSE/DISBURSEMENT - | $792.59 | $190,533.78 | 9/30/2021 |
| 9/24/2021 | 3035 | Check | Y/Y | USA Today | EXPENSE/DISBURSEMENT - | $92.00 | $191,326.37 | 10/1/2021 |

| Date | Num | Type | Cleared | Payee | Category | Amount | Balance | Date2 |
|---|---|---|---|---|---|---|---|---|
| 9/24/2021 | 3034 | Check | Y/Y | CRS Temporary Hous | EXPENSE/DISBURSEMENT - | $43.61 | $191,418.37 | 10/1/2021 |
| 9/24/2021 | 3033 | Check | Y/Y | Charter Co 8245 12 | EXPENSE/DISBURSEMENT - | $1,818.81 | $191,461.98 | 10/5/2021 |
| 9/24/2021 | 3032 | Check | Y/Y | Hotel Planner | EXPENSE/DISBURSEMENT - | $21.50 | $193,280.79 | 10/1/2021 |
| 9/24/2021 | 3031 | Check | Y/Y | City of Sault Ste Marie | EXPENSE/DISBURSEMENT - | $3,812.07 | $193,302.29 | 10/1/2021 |
| 9/24/2021 | 3030 | Check | Y/Y | HD Supply Facilities M | EXPENSE/DISBURSEMENT - | $93,215.00 | $197,114.36 | 10/4/2021 |
| 9/24/2021 | 3029 | Check | Y/Y | Cloverland Electric Co | EXPENSE/DISBURSEMENT - | $3,605.14 | $290,329.36 | 10/4/2021 |
| 9/22/2021 | | Deposit | Y/N | Various Roslyn | DEPOSIT/C $20,622.88 | | $293,934.50 | 9/22/2021 |
| 9/20/2021 | 3028 | Check | Y/Y | FNB/ UPTRA | EXPENSE/DISBURSEMENT - | $2,879.91 | $273,311.62 | 9/29/2021 |
| 9/20/2021 | 3027 | Check | Y/Y | Sault Area Tourist Bur | EXPENSE/DISBURSEMENT - | $14,399.57 | $276,191.53 | 9/27/2021 |
| 9/20/2021 | 3026 | Void Check | Y/N | VOID: FNB/ UPTRA | EXPENSE/DISBURSEMENT - | ($2,225.08) | $290,591.10 | 9/20/2021 |
| 9/20/2021 | 3026 | Check | Y/N | FNB/ UPTRA | EXPENSE/DISBURSEMENT - | $2,225.08 | $288,366.02 | 9/20/2021 |
| 9/18/2021 | 3025 | Check | Y/Y | Central Savings Bank | EXPENSE/DISBURSEMENT - | $23,174.46 | $290,591.10 | 9/21/2021 |
| 9/18/2021 | 3024 | Check | Y/Y | Choice Hotels | EXPENSE/DISBURSEMENT - | $34,149.11 | $313,765.56 | 9/22/2021 |
| 9/18/2021 | 3023 | Check | Y/Y | Kelly Printing Service | EXPENSE/DISBURSEMENT - | $1,002.85 | $347,914.67 | 9/21/2021 |
| 9/18/2021 | 3019 | Void Check | Y/N | VOID: Choice Hotels | EXPENSE/DISBURSEMENT - | ($54,372.46) | $348,917.52 | 9/18/2021 |
| 9/18/2021 | | Bank Debit | Y/N | Choice Hot Corrective | EXPENSE/DISBURSEMENT - | $54,372.46 | $294,545.06 | 9/18/2021 |
| 9/18/2021 | | Wire Out | Y/N | Sysco Food Service G | EXPENSE/DISBURSEMENT - | $1,811.79 | $348,917.52 | 9/21/2021 |
| 9/18/2021 | | Wire Out | Y/N | Reinhardt Food Servic | EXPENSE/DISBURSEMENT - | $3,811.97 | $350,729.31 | 9/21/2021 |
| 9/18/2021 | | Bank Credit | Y/N | Choice Hot There was | DEPOSIT/C $54,372.46 | | $354,541.28 | 9/18/2021 |
| 9/16/2021 | | Bank Debit | Y/N | MI Busines ACH Debit | EXPENSE/DISBURSEMENT - | $17,221.88 | $300,168.82 | 9/16/2021 |
| 9/16/2021 | | Bank Debit | Y/N | Sherwin W Correcting | EXPENSE/DISBURSEMENT - | $168.67 | $317,390.70 | 9/16/2021 |
| 9/16/2021 | | Wire Out | Y/N | State of Michigan SUV | EXPENSE/DISBURSEMENT - | $17,221.88 | $317,559.37 | 9/16/2021 |
| 9/16/2021 | | Bank Credit | Y/N | Corrective Duplicate | DEPOSIT/C $17,221.88 | | $334,781.25 | 9/16/2021 |
| 9/15/2021 | | Transfer D | Y/N | State of Michigan Tre | EXPENSE/DISBURSEMENT - | $17,221.88 | $317,559.37 | 9/16/2021 |
| 9/15/2021 | | Bank Credit | Y/N | State of M Correcting | DEPOSIT/C $17,221.88 | | $334,781.25 | 9/15/2021 |
| 9/13/2021 | 3020 | Void Check | Y/N | VOID: Central Savings | EXPENSE/DISBURSEMENT - | ($22,608.00) | $317,559.37 | 9/13/2021 |
| 9/13/2021 | | Deposit | Y/N | Various Lawrence | DEPOSIT/C $5,766.60 | | $294,951.37 | 9/13/2021 |
| 9/10/2021 | 3022 | Check | Y/Y | Central Savings Bank | EXPENSE/DISBURSEMENT - | $26,871.18 | $289,184.77 | 9/16/2021 |
| 9/10/2021 | 3021 | Check | Y/Y | Choice Hotels | EXPENSE/DISBURSEMENT - | $54,372.46 | $316,055.95 | 9/17/2021 |
| 9/10/2021 | 3020 | Check | Y/Y | Central Savings Bank | EXPENSE/DISBURSEMENT - | $22,608.00 | $370,428.41 | 9/13/2021 |
| 9/10/2021 | 3019 | Check | Y/Y | Choice Hotels | EXPENSE/DISBURSEMENT - | $54,372.46 | $393,036.41 | 9/18/2021 |
| 9/10/2021 | 3018 | Void Check | Y/N | VOID: Central Savings | EXPENSE/DISBURSEMENT - | ($22,608.00) | $447,408.87 | 9/10/2021 |
| 9/10/2021 | 3018 | Check | Y/Y | Central Savings Bank | EXPENSE/DISBURSEMENT - | $22,608.00 | $424,800.87 | 9/10/2021 |
| 9/7/2021 | | Wire Out | Y/N | Sysco Food Service G | EXPENSE/DISBURSEMENT - | $1,285.75 | $447,408.87 | 9/7/2021 |

| Date | Check # | Type | Y/N | Payee | Memo | Category | Debit | Credit | Balance | Cleared Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 9/7/2021 | | Wire Out | Y/N | Reinhardt | Food Service | EXPENSE/DISBURSEMENT | | $2,904.40 | $448,694.62 | 9/7/2021 |
| 9/2/2021 | 3017 | Check | Y/Y | Sherwin W | Paint supp | EXPENSE/DISBURSEMENT | | $168.67 | $451,599.02 | 6/7/2022 |
| 9/2/2021 | 3016 | Check | Y/Y | HD Supply | hotel supp | EXPENSE/DISBURSEMENT | | $1,210.60 | $451,767.69 | 9/15/2021 |
| 9/2/2021 | 3015 | Check | Y/Y | Charter Co | Internet/C | EXPENSE/DISBURSEMENT | | $229.83 | $452,978.29 | 9/10/2021 |
| 9/2/2021 | 3014 | Check | Y/Y | DTE Energy | | EXPENSE/DISBURSEMENT | | $9,356.31 | $453,208.12 | 9/13/2021 |
| 9/2/2021 | | Wire In | Y/N | Debtor in Possession | | DEPOSIT/C | $180,000.00 | | $462,564.43 | 9/1/2021 |
| 8/24/2021 | | Wire In | Y/N | Soo Hotels, Inc. CSB A | | DEPOSIT/C | $179,812.86 | | $282,564.43 | 8/23/2021 |
| 8/23/2021 | 3013 | Check | Y/Y | Golden Ma | Breakfast I | EXPENSE/DISBURSEMENT | | $373.80 | $102,751.57 | 8/31/2021 |
| 8/23/2021 | 3012 | Check | Y/Y | State of Michigan | | EXPENSE/DISBURSEMENT | | $16,647.52 | $103,125.37 | 8/27/2021 |
| 8/23/2021 | 3011 | Check | Y/Y | Sault Area Tourist Bur | | EXPENSE/DISBURSEMENT | | $13,943.78 | $119,772.89 | 9/2/2021 |
| 8/23/2021 | 3010 | Check | Y/Y | FNP/UPTRA | | EXPENSE/DISBURSEMENT | | $2,788.75 | $133,716.67 | 9/1/2021 |
| 8/12/2021 | 3009 | Check | Y/Y | Cloverland | Account 3. | EXPENSE/DISBURSEMENT | | $901.74 | $136,505.42 | 8/31/2021 |
| 8/12/2021 | 3008 | Check | Y/Y | LARA Bure | Invoice | EXPENSE/DISBURSEMENT | | $100.00 | $137,407.16 | 8/30/2021 |
| 8/12/2021 | 3007 | Check | Y/Y | JF Ahern C | Invoice | EXPENSE/DISBURSEMENT | | $189.48 | $137,507.16 | 8/30/2021 |
| 8/12/2021 | 3006 | Check | Y/Y | EcoLab | Invoice 62 | EXPENSE/DISBURSEMENT | | $2,321.88 | $137,696.64 | 8/27/2021 |
| 8/12/2021 | 3005 | Check | Y/Y | Charter Co | Account | EXPENSE/DISBURSEMENT | | $1,818.81 | $140,018.52 | 8/31/2021 |
| 8/12/2021 | 3004 | Check | Y/Y | USA Today | Account | EXPENSE/DISBURSEMENT | | $110.40 | $141,837.33 | 9/10/2021 |
| 8/12/2021 | 3003 | Check | Y/Y | Waste Ma | 3-06953- | EXPENSE/DISBURSEMENT | | $884.11 | $141,947.73 | 6/7/2022 |
| 8/12/2021 | 3002 | Check | Y/Y | Otis Elevat | 10040044 | EXPENSE/DISBURSEMENT | | $744.33 | $142,831.84 | 8/30/2021 |
| 8/12/2021 | 3001 | Check | Y/Y | FNB/UPTRA | | EXPENSE/DISBURSEMENT | | $1,649.44 | $143,576.17 | 9/1/2021 |
| 8/11/2021 | | Wire In | Y/N | DIP Huntington Bank | | DEPOSIT/C | $145,225.61 | | $145,225.61 | 8/11/2021 |
| | | | | | | | $1,506,861.98 | $1,506,861.98 | | |