

150 Third Avenue South
Suite 900
Nashville, TN 37201
www.pnfp.com

Client Service Center 800-264-3613
Pinnacle Anytime 866-755-5428

Account
XXXXXX0001

RETURN SERVICE REQUESTED

Estate of Soo Hotels Inc
Kimberly Ross Clayson, BankruptcyTrustee
Case #21-45708
27777 Franklin Rd Ste 2500
Southfield, MI 48034-8222

## Statement of Account

Bankruptcy Trustee

| Balance 7/01/22 | Summary | |
|---|---|---|
| $ 133,566.56 | Credits | +$.00 |
| Balance 7/31/22 | Interest | +$.00 |
| $ 131,934.28 | Debits | - $1,632.28 |



### Declutter Your Desk with eStatements

Paper statements take up space and use natural resources. If you're still getting statements in the mail, you can go green and reduce clutter when you sign up for "online with email" delivery in Pinnacle's Online Banking. Statements are readily accessible in Online Banking for 24 months. If you need to keep statements for a longer period of time, you can save them to your computer. To learn how to set up online delivery, visit PNFP.com/eStatements.

### Debit Transactions

Other Debits

| 7/20 | BOOKING.COM B.V.  1033189934 10000704331113 9004883285 KIMBERLY ROSS CLAYSON, RMR*IK*1577262383\ | 1,632.28 |
|---|---|---|
| **Total Debits** | | **$1,632.28** |

| Average Balance This Statement | $132,934.70 | Annual Percentage Yield Earned | .00% |
|---|---|---|---|
| Interest Earned This Period | $.00 | Days in Period | 31 |
| Interest Paid Year to Date | $.00 | Interest Paid | $.00 |

### DAILY BALANCE INFORMATION

| 7/01 | 133,566.56 | 7/20 | 131,934.28 |


Member FDIC

Page 1 of 2

EAB2493



## ELECTRONIC TRANSFER ERROR RESOLUTION

This Electronic Transfer Error Resolution only applies to accounts held for personal, family or household purposes and is therefore not applicable to business, trust accounts, or any such account held for non-personal purposes.

In case of errors or questions about your electronic transfers, call or write us at the telephone number or address listed at the end of this disclosure, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt.

- Tell us your name and account number (if any).

- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

- Tell us the dollar amount of the suspected error.

We must hear from you no later than 60 days after we send the FIRST statement on which the problem or error appeared.

We will provide provisional credit for the amount that you think is in error within 10 business days of your complaint and begin an investigation of the transaction(s). In most cases, we will disclose the results of the investigation within 10 business days of your complaint and correct any error promptly. If we need more time to investigate the complaint, we may take up to 45 days (90 days if the transfer involved a point-of-sale transaction or a foreign initiated transfer) to complete our investigation. However, you will have use of the funds in question during our investigation.

**Pinnacle Bank**
150 3rd Avenue South, Suite 900
Nashville, TN 37201
(800) 264-3613